FEE PAID
S/I

Eric Hunt Pro Se
18331 Pines Blvd
#1054
Hollywood, Fl 33029
blueeyedboysisu@proton.me
P: (818) 763-6289



FILED
CLERK, U.S. DISTRICT COURT

1/20/25

CENTRAL DISTRICT OF CALIFORNIA
BY _____MRV_____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERIC HUNT

       Plaintiff,

   vs.

NETFLIX, INC.; NETFLIX
WORLDWIDE ENTERTAINMENT,
LLC; STEVEN ALLAN SPIELBERG;
ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES; KEN LIPPER;
IRENE ZISBLATT; JAMES MOLL;
MICHAEL BERENBAUM; STUART
MERMELSTEIN; FOCUS FEATURES;
USC SURVIVORS OF THE SHOAH
VISUAL HISTORY FOUNDATION;
UNIVERSITY OF SOUTHERN
CALIFORNIA

      Defendants

Case No. :  2:25-cv-00593-JWF(SSCx)

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

### "Everything You're About To See Is True"

### **PRELIMINARY STATEMENT**

1.      The above quote from the poster and marketing materials of the film now distributed on Netflix, *The Last Days*, is the biggest lie in documentary film history. "***Everything You're About To See Is True***" is a lie told by Netflix and the greatest fraud in documentary film history's co-conspirators. *The Last Days* is a big lie told primarily to continue false ethnic supremacist propaganda, to create religious propaganda, to create hateful, racist, and fictional propaganda against groups of people and individuals especially Plaintiff Eric Hunt.

*2.*      The star of *The Last Days*, the pathological liar Defendant Irene Zisblatt, is among the greatest literary, history, and film frauds of all time. Zisblatt's calling card claim, of repeatedly defecating four diamonds, sifting through her feces for these four diamonds, and re-swallowing these four diamonds constantly for nearly a year while interred in Auschwitz and while on death marches was only told for the first time ever in front of Defendants' 35 mm film cameras in the late 1990's. Never once before did Zisblatt tell this outrageous and impossible scatological fiction – or explain the prop "teardrop shaped pendant" she later claims she mounted the "diamonds" into. Not once, for the previous fifty years. Only for Defendants' film *The Last Days*.

3.      Defendant Zisblatt outrageously claims that in order to hold onto four diamonds her mother gave her "to buy bread" she repeatedly defecated on the "side of the hole" in group Auschwitz latrines, repeatedly sifted through her feces with her hands to retrieve the diamonds, washed the diamonds off in "mud or the soup we were given", re-swallowed the diamonds, then repeated the process again and again in Auschwitz, hundreds of times, through death marches, and in other concentration camps all around Poland and Germany for nearly a year.

4.      Zisblatt's outrageous fantasy fiction of being the victim of Dr. Frankenstein-like torture "experiments" on the "rusty table" of (the anthropologist with little surgical experience) Dr. Josef Mengele has been totally and completely dis-proven. German

documents entirely disprove Zisblatt's claims of ever being a Mengele research subject in the first place. Zisblatt is a non-twin, non-gypsy briefly interred in the Birkenau transit camp section. Zisblatt **did not** have her tattoo removed by Mengele in an excruciating operation as alleged because Zisblatt was ***never given a tattoo*** at the time of the 1944 flood of Hungarian arrivals to Auschwitz when most prisoners were not tattooed.

5.      Zisblatt's absurd, impossible claims of escaping from ***inside*** an Auschwitz gas chamber, being thrown over the electrified barbed wire "gas chamber" fence onto a train which would have been 100 feet away, being "selected" to become a *human skin lampshade* due to her smooth skin, being tortured to have her eyes changed to become blue and locked in an Auschwitz dungeon where she drank her own urine, are all vile and cruel deceptions forced primarily upon naive and trusting children. Hunt was exposed to this mendacious product *The Last Days* when he was first a child in public school history class.

6.      A document Hunt recently uncovered in the Hadamar, Germany archives completely debunks all other false depraved lying witness claims about the cruelly maligned anthropologist Dr. Mengele we were forced to believe growing up was Dr. Frankenstein by mendacious media such as *The Last Days*. Doctor Josef Mengele, a kind anthropologist, was turned into a cartoon caricature by pathological liars such as Zisblatt - who was never touched let alone tortured by Dr. Josef Mengele.

7.      *The Last Days* uses a fraudulent African-American "witness", Paul Parks, who tells outrageous falsehoods about being first to storm Normandy beach and first to liberate Dachau in order to steal valor from the majority white men who stormed Normandy, and Dachau. Defendants steal valor from actual Dachau liberators in a disturbing and ongoing racial attack on the majority white men buried under those white crosses in France. White and even Jewish American Dachau veterans protested this vile film *The Last Days* which steals valor from Normandy heroes and Dachau liberators / war crimes participants for years.

8.      Defendants use their considerable resources, money, influence, connections, and power to viciously destroy the lives of Plaintiff Eric Hunt. Hunt is among those who are

considered part of a movement who prefer to be referred to as "Revisionists". Defendants slur those who refute their falsehoods. By their actions and literal words against Hunt specifically such as that recorded by Zisblatt's relative and spokesperson Stuart Mermelstein in newspapers. Defendants use their overwhelming media power and bully pulpit to smear the honest and truthful Hunt, while amplifying their scatological atrocity farce against human logic and decency *The Last Days*. Plaintiff Hunt, – an honest historian, video-maker, digital artist, and investigative journalist is defamed and destroyed by Netflix and Defendants at a magnitude and scale without precedent. Both his person and his entire genetic makeup, as the "blue eye color change" Dr. Mengele horror experiment fraud claims detailed later in this complaint will prove. But most importantly *The Last Days* fraud is designed to enable a scatological trauma attack, Zisblatt's feces covered diamonds to be forced down innocent children's throats in American public schools. Hunt is a child survivor of this scam, hoax, and horrific ongoing criminal scatological attack against naive innocent children who trusted someone, any adult in society was out there to protect us all from such monstrous abuse. Hunt maintains this attack on children using these vile falsehoods about playing with and swallowing feces is sexual in nature, the sexual attraction to feces is known as coprophelia. We know Zisblatt plays an active role in brazenly and shamelessly lying to children about repeatedly eating her own feces, but did Spielberg give Zisblatt these character instructions? Who did? Where did the prop diamond pendant come from? This is what this lawsuit aims to find out. It is difficult to imagine the complete and utter depravity of a society which ascribes sainthood to a sick vindictive pathological liar like Irene Zisblatt who lies about eating her own feces to children. The extent we have been controlled, manipulated, and brainwashed by deceptive media such as *The Last Days* is without precedent. Defendants especially fraudulent hedge fund manager Ken Lipper must be held accountable for this vile historical fraud.

9.     The evidence against the ***ongoing*** predatory fraud and defamation Zisblatt and co-conspirators such as Spielberg, Moll, and others commit is irrefutable. It's time to settle the matter in a court which will hear the actual evidence, not media smears. It is time to find out where the prop teardrop shaped rectal diamond pendant really came from. It is through a terror campaign directed through the major media to force logic minded people not to

question the veracity of "holocaust survivor" "testimony", the American public has fallen

for this farce pushed by Spielberg, awarded and promoted by AMPAAS and now on Netflix.

10.    This is an action by Plaintiff Eric Hunt ("Hunt") against Defendants, for fraud,

defamation, intentional infliction of emotional distress, negligence, and gross negligence

arising out of the demonstrably false and brutal lies Defendants told in the documentary film

*The Last Days.* The big lies that Defendants told to Netflix's enormous worldwide audience

include two massive outrageous cases of stolen valor in Irene Zisblatt and Paul Parks.

Defendants told these lies and never stopped, even when being confronted over Parks'

falsehoods by Dachau liberators themselves including hero commander Felix Sparks or even

a Jewish-American POW inmate who escaped Dachau. Defendants have been sued over the

subject content in the past, as defendants Spielberg and Zisblatt were over Zisblatt's absurd

and vile fraudulent "memoir" *The Fifth Diamond* by Hunt in a 2009 lawsuit. Despite *The

Boston Globe* and others debunking Paul Parks' patently false claims to have stormed

Normandy Beach and liberated Dachau, Defendants persisted in promoting this "black

liberator" hoax. Despite the loud and repeated protest of American Dachau liberators

including the commander of the main liberating unit, a hero for all time, Felix Sparks.

11.    *The Last Days* is a sickening fantasy torture porn fiction In which "Everything

You are About to See is True" is about as far from the truth as possible. As a result of

plaintiff Hunt's lawsuit against *The Fifth Diamond* memoir fraud and video debunking *The

Last Days* titled *The Last Days of the Big Lie*, even *The Times of Israel* themselves now

cover (while providing cover for) Zisblatt's hoaxed absurd Dr. Mengele torture porn

fantasies. http://blogs.timesofisrael.com/questionable-testimony-in-holocaust-doc-is-grist-

for-deniers Yet defendants did no editing whatsoever of their recent Netflix re-release of this

film. Defendants continue to viciously attack those who continue to protest the film's

fraudulent nature, just as they did documented Dachau liberators. Brazen defendants refused

to listen to even a Jewish-American prisoner of war allegedly imprisoned in Dachau and

escaped who repeatedly protested this vile valor-stealing film fraud directly to Defendant

AMPAAS, and Defendant Spielberg.

12.     A film of such fraudulent and defamatory nature against Hunt himself, Germans as a whole, individual Germans such as the anthropologist Doctor Josef Mengele, people with blue eyes, American World War 2 servicemen and their descendants such as Hunt, and other groups and people should never have been shown on Netflix in the first place. Dachau veterans including hero commander Felix Sparks tried to stop this film fraud before it won the Academy Award from Defendant AMPAAS. Despite Hunt's video *The Last Days of the Big Lie* critiquing the film *The Last Days* and clearly demonstrating a massive fraud on behalf of the pathological liar Irene Zisblatt, pathological rewarded liar Paul Parks, and others, there was no editing of the current Netflix re-release and this enabled further dehumanization, demonization, demoralization, and abuse of Hunt, whose essential fact-based videos are currently banned as "hate" on YouTube and certainly not forced upon children in public schools as true and good as with *The Last Days*.

13.     Defendants continued with the un-edited Netflix re-release of *The Last Days* because they think they can continue to get away with this massive fraud because, well, they have so far. Defendants believed they got away with this criminal fraud, forever. The tremendous amount of power and money Spielberg, Netflix, Lipper and associates wield in this world has protected them thus far from full public exposure of *The Last Days* hoax and the pulling of this disgusting defamatory film from major circulation. The stolen valor fiction of Zisblatt and Parks was a better story than the truth, and better stories made money and serve Spielberg, Lipper, and fellow collaborators' propaganda purposes. And it worked. *The Last Days* won an Academy Award from Defendant AMPAAS for the disgraced financier producer Defendant Ken Lipper. Lipper would later be embroiled in a multitude of fraud lawsuits from burned clients of his failed and fraudulent hedge fund for overvaluing its hundreds of millions in assets by 40%.

14.     Netflix, a multi-national billion dollar entertainment streaming company did nothing to confirm the "true story" that Irene Zisblatt, Paul Parks, Dario Gabbai, or others told.  That is, Netflix never investigated whether any of the tales of Zisblatt or Parks were true. This created a very serious misrepresentation of the facts.  Netflix did nothing to determine whether other facts were accurate.  Netflix did nothing to understand whether the

numerous research articles and videos debunking Irene Zisblatt and Paul Parks' big lies were accurate. Netflix did not review Hunt's 2009 lawsuit against Spielberg and Zisblatt. Netflix did not review Hunt's video expose' *The Last Days of the Big Lie*. Netflix did not contact any families of Dachau liberators, let alone Revisionists, or Jewish "Holocaust" researchers themselves who concur that Zisblatt's impossible claims are fraudulent.

15.    Defendants have repeatedly used their overwhelming media power and demonstrated dominance to defame, demean, and dehumanize the truthful Hunt. Hunt is a child victim and yes - survivor - of the scatological torture grooming of Spielberg and Zisblatt and is constantly and currently portrayed by Defendants as a violent, out of his mind, truth denying predator of innocent elderly "survivors". One can point to vile and defamatory comments against the truthful Hunt by Zisblatt's fraud and child abuse enabling relative spokesman Stuart Mermelstein in the press and continued support of such defamatory statements by Defendants and no retractions or apologies.

16.    As a result of Defendants' lies, malfeasance and arrogant shameless misconduct, Hunt's life had been ruined. Simply, by continuing this massive fraud, Netflix, Spielberg, and Zisblatt, and all Defendants work in concert to destroy Hunt's reputation in the eyes of the general public, his loved ones, his family, his friends. The falsehoods of pathological Defendants destroy the perception of Hunt's good character and his life. All defendants act with careless disregard for the truth and arrogance that they will get away with their crimes as law enforcement, film critics, and journalists up to now have allowed this fraud and child scat trauma abuse grooming product *The Last Days* free reign.

17.    Alison Chabloz, a British citizen, was cast by Hunt as a narrator for a short video for the California based free speech organization Committee for Open Debate on the Holocaust (CODOH). Chabloz later sang a parody song video about Irene Zisblatt's absurd falsehoods forced upon Hunt and others. As a result, Alison Chabloz was jailed in Britain and banned from France for 40 years. For singing a song. A parody comedy song.  About the demonstrable and vile fraud of Zisblatt. Although Chabloz's song veers into other controversial territory, Alison told the entire truth about the disgusting scatological

1  pathological liars and enabled child scat torture porn predators Steven Spielberg and Irene

2  Zisblatt.

3      18.    Good people around the world have been punished and thrown in jails and

4  prisons for righteously refusing to accept the veracity of these vile stolen valor hoaxes

5  presented as good and true in *The Last Days* and targeted towards children. The #Timesup

6  movement put Harvey Weinstein behind prison for the rest of his life. It is time for the next

7  phase of the #Timesup movement. #Timesup Steven Spielberg. #Timesup Irene Zisblatt.

8  Plaintiff Hunt cannot allow the child scat grooming act of Zisblatt's to continue

9  unchallenged one month longer. Hunt has lost a severe amount of weight distressed by the

10  horror of his own family believing the falsehoods of Spielberg and company over him. Hunt

11  especially wishes to bring justice to Zisblatt while she is still alive so that history will note

12  those who challenged the official narrative around the larger "Holocaust" issue did

13  everything they could to challenge these falsehoods while these false witnesses were still

14  alive and given free reign and cover. The courtroom and juries are not and cannot be

15  controlled like the major media. It's time to rein Spielberg, Zisblatt, Netflix, AMPAAS, and

16  co-conspirators in and put a stop once and for all to the ongoing horrific scatological

17  torment of children. It is time for the legal system to act against Spielberg's scatological

18  Holocaust fiction forced down children's throats in history classes such as the history class

   Hunt suffered initial injury from.

## **THE PARTIES**

19

20      19.    Plaintiff Eric Hunt ("Hunt") is a resident of the United States. Hunt earned a

21  Bachelor of Science Degree in Digital Media from Marist College in 2006. Courses of study

22  included film analysis. Hunt was forced to watch *The Last Days* at 16 years old in Vernon

23  Township New Jersey public school history class, forced to accept the tagline "Everything

24  You're About to See is True" and write an assignment agreeing with all the claims of the

25  film as true. At age 16, Hunt immediately had massive problems with the information

26  presented in the documentary, even as a child. Hunt is currently suffering tremendous effects

27  from this ongoing horror forced upon children and the devastating effects this child targeted

28

scat grooming product still has upon his life and career. Hunt discovered and accessed *The Last Days* Netflix re-release in November 2024.

20.    The devastating effect of this untrue propaganda fraud hoax which was supposed to be vetted by those such as Netflix, Berenbaum, and others, anyone, anyone at all, has followed Hunt to this day. This is an ***ongoing*** attack, fraud, and defamation. Hunt has lost contact with his family, as Hunt's family believe in Defendants' veracity simply because Defendants have the media power and AMPAAS Oscar award to proclaim it. Defendants have yet to be held accountable for their massive child abusing scatological hoax and fraud in a court of law. Hunt has been torn from his mother, brother, sister, wife, friends, and other loved ones who wrongfully believe Hunt is somehow doing something bad by confronting these outrageous defamatory falsehoods in *The Last Days* and child scatological grooming of children according to Steven Spielberg's desires. Indeed almost all viewers of *The Last Days* have been hypnotized to believing this outrageous, defamatory and fraudulent hoax of a film due to Defendants' dehumanization campaign against Hunt individually, German ancestry group as a whole, "Revisionists" or skeptics as a group, and others.

21.    Defendant Netflix, Inc. is a Delaware corporation with a principal place of business at 121 Albright Way, Los Gatos, California, 95032. Netflix is a producer and distributor of content with over 260 million paid subscribers and a market cap of over $380 billion. Netflix Inc. owns the Netflix streaming platform that streamed *The Last Days*. "[Netflix] acquires, licenses and produces content, including original programming, in order to offer our members unlimited viewing of video entertainment." Netflix, Inc. Jan. 26, 2024 10-K Report at p. 28 ("Netflix 10-K. )

22.    Netflix, Inc. is at home in Los Angeles, as it leases its "principal properties" in Los Angeles. Netflix, 10-K at p. 18, Item 2. In total, Netflix, leases and occupies over 1.4 million square feet of office and studio space.

23.    Netflix leases and fully occupies, Epic, a 13-story, 327,913 square foot high rise at 5901 Sunset Boulevard in Hollywood.

24.    In addition, Netflix, Inc. leases 325,757 square feet of office space at ICON and 91,953 squre feet of office space at CUE, both of which are located on the Sunset Bronson Studios lot at 5800 Sunset Blvd. in Hollywood.

25.    In addition, Netflix has leases about 100,000 square feet of space at the historic Musicians Union at 817 Vine Street in Hollywood, and over 355,000 square feet at the Academy on Vine, a development that occupies an entire city block bounded by Vine Street, DeLongpre Avenue, Ivar Street, and Homewood Avenue in Hollywood. Upon expanding into the Academy on Vine property, Netflix CFO David Wells said "Our expansion into the Academy on Vine Property further deepens our connection with the Los Angeles and Hollywood communities."

26.    On May 12, 2024, Netflix marked the sixth anniversary of its flagship FYSEE (a play on "FYC") space by moving to Sunset Las Palmas in Hollywood. Netflix's FYSEE space in Hollywood, serves as a hub for Official For Your Consideration ("FYC") events,

27.    As noted in Netflix Inc.'s most recent 10-K filing with the SEC: we must continually add new members to replace canceled memberships and to grow our business beyond our current membership base. . . Our ability to continue to attract and retain our [subscribers] will depend in part on our ability to consistently provide our members in countries around the globe with compelling content choices that keep our [subscribers] engaged with our service, effectively drive conversation around our content and service, as well as provide a quality experience for choosing and enjoying TV series, films and games. . . . If we do not grow as expected . . . operations may be adversely impacted. If we are unable to successfully compete with current and new competitors in providing compelling content, retaining our existing  members and attracting new members, our business will be adversely affected.  Netflix 10-K at p. 4 (emphasis added).

28.    Netflix, Inc. earns revenue not only through paid subscribers (called "members") but "also earns revenue from advertisements presented on its streaming service, consumer products and other various sources." Netflix 10-K at p. 46

29.     Defendant Netflix Worldwide Entertainment, LLC is a Delaware corporation with a principal place of business at 5808 W. Sunset Blvd., Los Angeles, California, 90028 ("Netflix Worldwide"). Netflix, Inc. and Netflix Worldwide are collectively referred to herein as "Netflix."

30.     Defendant Ken Lipper is a producer of *The Last Days* and holds in his possession an Oscar award statue as producer. Lipper is a disgraced hedge fund manager whose second in command pleaded guilty of overstating the value of hundreds of millions of assets by 40 percent. Lipper spent years being sued by burned investors of the fraudulent fund.

31.     Steven Allan Spielberg is a producer of *The Last Days* and the founder of the USC Survivors of the Shoah Visual History Foundation which produced The Last Days. Spielberg was sued along with Zisblatt in 2009 for his book cover quote attesting to the veracity of Irene Zisblatt's outrageous fantasy memoir *The Fifth Diamond*.

32.     Defendant James Moll is the director of *The Last Days*.

33.     Defendant Irene Zisbatt is the star of *The Last Days* already sued by Hunt in the past over her outrageous memoir hoax *The Fifth Diamond*.

34. The USC Survivors of the Shoah Visual History foundation produced *The Last Days*, the associated *The Last Days* companion book, and the original video "testimonies" of Zisblatt, Parks, Gabbai, and others featured.

35. Defendant Stuart Mermelestein is a relative of Irene Zisblatt and representative and spokesman for Zisblatt. Mermelstein defamed Hunt specifically in publications biased towards his ethnic cult. Mermelstein's as well as all Defendants' defamation per se is ***ongoing***.

36. Defendant AMPAAS is The Academy of Motion Picture Arts and Sciences. AMPAAS awarded *The Last Days* and producer Ken Lipper with the 1999 Academy Award for Best Documentary Feature. AMPAAS and the associated Oscar statuette are used in marketing via Netflix to provide credibility to the content in *The Last Days* used to abuse

and groom children such as victim Hunt on behalf of Spielberg, Defendants, and other collaborators. Spielberg is now part of the leadership committee of AMPAAS highlighting the interconnected and overwhelming power Defendant Spielberg has to declare what is truth in the past, present, and future.

37. Defendant Michael Berenbaum was the primary credited historian on *The Last Days,* one of those primarily responsible for the US Holocaust Memorial Museum's permanent exhibition, and is an ordained orthodox rabbi.

38. Focus Features are the production company responsible for the current Netflix Re-Release of *The Last Days*.

39.    Defendant University of Southern California (USC) physically houses the headquarters and collaborates with productions of the USC Survivors of the Shoah Visual History Foundation including *The Last Days*.

## JURISDICTION AND VENUE

40.    The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties reside in different states and the amount in controversy exceeds $75,000.

41.    There is personal jurisdiction against the Defendants as Netflix's principal place of business is in the State of California and Netflix is at home in Los Angeles, California as lessee of over 1.4 million square feet.

42.    Venue is proper in this judicial district because Defendant Netflix Worldwide has its headquarters in Los Angeles, Netflix, Inc. has over 1.4 million square feet of space in Los Angeles. Spielberg and Netflix have promoted *The Last Days* in Los Angeles. Defendant AMPAAS awarded *The Last Days* with the famed *Oscar* statuette in Los Angeles. Defendant Spielberg lives in Los Angeles. USC, Focus Features, and The USC Survivors of the Shoah Visual History Foundation are based in Los Angeles. Los Angeles area a vested interest in hearing this case because the claims made in this action are important to the television and film business based in Los Angeles.

1

2

## **THE LAST DAYS**

3

     43.    *The Last Days* is a documentary feature film which includes the proclaimed

4

"true stories" notably of Irene Zisblatt, a "Jewish survivor of Dr. Mengele's sadistic Dr.

5

Frankenstein-like medical experiments at Auschwitz" and Paul Parks, a fraudulent African

6

American "Dachau liberator" who also fraudulently claims he was among the first on

7

Normandy beach defusing mines, clearing the way for the soldiers behind him.

8

     44.    *The Last Days* won the 1999 Academy Award for best documentary feature.

9

Defendant Academy of Motion Picture Arts and Sciences, AMPAAS, gave the award, has

10

yet to rescind the award or reprimand the documentary advertised as "Everything You're

11

About to See is True" codifying this film as a true representation of history. Currently

12

Spielberg himself has a controlling role over AMPAAS, serving on the crucial leadership

13

committee of AMPAAS.

14

     45.    Naive people such as Hunt's mother believe in the veracity of *The Last Days*

15

because of its associated gold statuette. The shiny statuette is associated with the highest

16

achievements in film history. The *Oscar* statue is looked upon as de-facto proof that

17

AMPAAS themselves must have verified the veracity of the film *The Last Days* in order to

18

shower it with the highest award in documentary film production. *The Last Days* is among

19

the most vile frauds in film history. The fraudulent nature of the film given a "best

20

documentary" award, not for fiction is an issue which has destroyed the lives of Hunt and

21

others such as Hunt's colleague Alison Chabloz. Chabloz was cast by Hunt as narrator for a

22

short video made by Hunt for the organization Committee for Open Debate on the

23

Holocaust. Chabloz was later cruelly imprisoned in Orwellian Britain for singing a parody

24

song about Irene Zisblatt's outrageous falsehoods and banned from France for 40 years.

25

     46.    *The Last Days* was remastered and re-released on Netflix, and is shown in

26

history classrooms as a true and good representation of history.

27

28

47.    The draw for *The Last Days* is the representation made by the Defendants that this is a true story. The tagline on the poster and marketing materials was and is "Everything You're About to See is True."

## PAUL PARKS

48.    Paul Parks was an African-American US Army soldier who fraudulently claimed he was among the first to storm Normandy Beach to clear mines for those behind him and personally broke down the gates of Dachau. Despite all documentation on the matter disproving these impossible claims, powerful Zionist propaganda organizations push Parks as "first to storm Normandy and Dachau" in order to advance their ethnic interests. Defendants shamelessly continue this fraud in spite of passionate protest by veterans and documented Dachau liberators themselves, including hero commander Felix Sparks.

49.    One can read the typical hoaxed, con artist, shameless, fraudulent ultraZionist presentation of Parks on the website "Echoes and Reflections Teaching The Holocaust Inspiring the Classroom a presentation of the Anti-Defamation League, USC Survivors of the Shoah Visual History Foundation, and Israel's Yad Vashem" at the following website - echoesandreflections.org/wp-content/uploads/2017/07/08-02-02-03-Paul-Parks.pdf  The ADL's logo on the bottom of the site reads "Fighting Hate For Good."

50.    From the PDF file - "On June 6, 1944, Paul joined thousands of armed forces crossing the English Channel into Normandy. As a combat engineer, Paul had to go ashore first to clear the hillsides of mines."

51.    An article yet again debunking Parks' stolen valor claims was published in the Boston Globe titled "Parks Stands by World War II Stories; [THIRD Edition], by Thomas Farragher, Oct. 13, 2000 . Farragher writes, "Parks has also said that he dodged bullets on the beaches of Normandy on D-Day, June 6, 1944. However, Army records show that this company was still training in Andover, England during the Allies' historic storming of the French beaches. The company was not sent to France until four weeks after D-Day." Parks and *The Last Days'* outrageous stolen valor is an insult to those American soldiers who

actually did storm Normandy beach and pay the ultimate price, whose white gravestones we see later on in the film *The Last Days* gladly promoted worldwide by Netflix.

52.    "The Echoes And Reflections" site continues their defamation and falsehoods, "He (Parks) continued on to Paris and then crossed the border into Germany; Paul was sent to Munich to teach engineers how to deactivate plastic mines. In April 1945, Paul was given orders to go to Dachau concentration camp. Paul knew nothing about German concentration camps and was shocked by what he saw. He and the others with him were angry at the horrific images of death and suffering; Paul recalled that he could not comprehend the atrocities that had taken place. At Dachau, Paul's task was to bury the dead, and with the help of the U.S. Army Grave Registration, they attempted to identify as many bodies as they could. He helped in the camp for about a week before returning to his unit, which was running a road block outside of Berlin."

53.    Farragher in the same Boston Globe article disproves Defendant's falsehoods and writes "On April 29,1945, the morning reports for Parks's company placed it at a town outside Bonn, some 270 miles to the northwest, heading west to Le Havre, France." Parks tried to cover for his absurd lies claiming he was detached from his unit and went to Dachau on his own, a demonstrable impossibility to which there are no credible witnesses nor documentation. Just the desire of those such as Spielberg, Lipper, and Berenbaum to push a black man to the fore as an example of how those who are willing to deceive on behalf of Zionism are promoted and succeed in life. Disturbingly, Paul Parks incredibly wound up as Secretary of Education for the state of Massachussets.

54.    Paul Parks was previously featured in a prior documentary film fraud *The Liberators: Fighting on Two Fronts in World War II* , a 1992 documentary film co-produced by Bill Miles and Nina Rosenblum and narrated by the actors Louis Gossett Jr. and Denzel Washington. According to Wikipedia, "Using interviews, photographs, and diary readings, *The Liberators* tells a story of the primarily black 761st Tank Battalion and 183rd Combat Engineers during World War II, including their experiences of racism in the United States and their involvement in the liberation of Nazi concentration camps. The film was nominated for an Academy Award for Best Documentary Feature but pulled from

consideration and public airing after fraud allegations and investigations.  The documentary was criticized for misidentifying the units and camps involved in the liberation of concentration camps.[2][3] There was speculation that the film was intended to reduce tensions between the Jewish and African-American communities in the aftermath of the 1991 Crown Heights Riot.[4] WNET's investigation into the film found that Paul Parks, identified in *The Liberators* as serving in the 183rd Combat Engineers Battalion, had actually served in the 365th Engineers, which was close to Le Havre, France on the day of Dachau's liberation.[5][6] "

55.    The film *The Liberators: Fighting on Two Fronts in World War II* displays the uncomfortable filming of African American soldiers pretending to be "returning" to camps they in fact never liberated, committing stolen valor. Some of the African American soldiers who participated in this deliberate fraud later expressed regret.

56.    Due to segregation and racism, African-American units were segregated and most black units actually not placed on the combat front lines during most of the war, but in support roles towards the rear. This is one of the reasons Parks's Normandy and Dachau stories are impossible. However, surviving documents proving the location of Parks' units were nowhere near the events and locations fraudulently alleged are most important.

57.    In a videotaped interview with a rabbi in 1992, Parks claimed he and his comrades "broke through the gate" at Dachau concentration camp. In Park's original USC Survivors of the Shoah Visual History Foundation interview Parks claims he rode a halftrack to break into the camp.

58.    Parks's refusal to back off his assertions, in the face of evidence that his accounts of his World War II Army service have been embellished, infuriated veterans of the American liberation forces. Veterans called Parks's claim that he was working mine detection duty on the day that US Army forces liberated the death camp "ludicrous." "He is a consummate liar, is all I can say," said retired Brigadier General Felix L. Sparks, who was a 27-year-old lieutenant colonel when he led the liberation of the main camp at Dachau. "The Germans never put out any mines in the last days of the war, because we were deep

inside Germany at that time. They weren't laying any mines, and, if they did, I had my own people to take care of them."

59.    "There were no black units attached or assigned to any of the units credited with the liberation of Dachau," Mary Haynes, archivist and historian at the US Army Center of Military History, said. "It's not plausible on its face," added Raul Hilberg, a professor emeritus of political science at the University of Vermont and author of "The Destruction of the European Jews."

60.    Russel R. Weiskircher, who was with Sparks the day Dachau fell, said Parks wasn't in sight that day. "He has lived a lie which was accepted years ago and woven into the unofficial fabric called history,"

61.    "We're not aware of any African-American soldiers who were there on the day the proverbial gates fell," said a spokesman for the US Holocaust Memorial Museum in Washington.  One critic, retired Army Lt. Col. Hugh Foster, told the Globe that he believes Parks is "stuck in a web of lies." "He apparently just didn't realize that there are ways to check his stories, and now he's stuck," Foster said.

62.    Paul Parks's story is offensive and incredibly harmful to defendant Hunt. Upon seeing the documentary The Last Days, Hunt of particular noted the use of African American soldier Parks, a white American soldier at Normandy cemetery filmed against white crosses, and even a Japanese-American soldier shown back to back to back in *The Last Days*. Hunt felt the representation of the minority soldiers alleged accomplishments was being overstated to say the least and was part of a politically motivated race-based smear on the accomplishments of white American soldiers.

63.    Upon seeing the film in class, Hunt asked his mother about Parks's story. Hunt's mother told Eric to remember to ask his grandfather, a veteran of the US Army that helped free France, Belgium, and Europe, the next time they visited. Hunt sat with his grandfather and went through his old Army year book from his training in Kelly Field, Texas. Hunt's grandfather taught Hunt about segregation in the Army. Raised with Northern Yankee California and New Jersey values, Hunt was surprised to see all the black men in an army yearbook together, and all the white men, on other pages. Hunt's grandfather spoke skeptically of the story of Parks. As a mechanic with poor eyesight not placed on the front

lines, assigned to Detachment A 2249th Quartermaster Truck Company, Hunt's grandfather was placed in the rear, supporting airfields, not the front. Hunt recalls one story of his grandfather describing retrieving gunned down American paratroopers out of the trees in France. Hunt recalls seeing a 101st airborne "Screaming Eagles" paratrooper patch in his grandfather's possession. Hunt's veteran grandfather told him African American units were kept closer to the rear, even behind his quartermaster unit involved in resupplying airfields and fixing broken machinery.

64.    Hunt's grandmother also spoke at some point about being a northerner briefly living in Texas, where Hunt's grandfather was sent to train with the paratroopers at Kelly Field before deployment. Hunt's grandmother spoke of general racism in Texas and her own outspoken refusal to allow a bus driver to racially abuse an African American woman and force her to sit in the back of a public bus. Contrary to *The Last Days'* fraudulent claims, as a whole, African Americans were not primarily used as cannon fodder pushed to the very front in World War 2. Due to questions of loyalty to a country which enslaved their people only a few generations prior, it appears African Americans and African American units were not entirely trusted to obey American orders and fight to the death against the Germans who did not enslave their ancestors. One can think of Mohammad Ali's opposition to fighting the Vietnam War and understand WW2 was a generation before that. There was distrust from both African American descendants of slavery and on the behalf of the United States government seemingly due to a heavily southern-values influenced military establishment. Paul Parks's story in *The Last Days* about liberating Dachau and committing a war crime by murdering a captured German guard who supposedly spit on him absolutely never happened.

65.    Members of the "white" units that liberated Dachau all agreed and attempted to put a stop to this documentary film fraud which insults the sacrifices of the brave Americans who were on the actual front lines and did in fact storm Normandy and liberate Dachau, unlike the pathological stolen valor enabled fraudster Paul Parks.

66.    Hunt's actions are in defense of these heroes of democracy who paid the ultimate price for freedom at Normandy and guided by the morals displayed by heroic commander of the Dachau liberation Felix Sparks who protested Parks's appearance in this

fraudulent and disguised racial attack film. Hunt understood Paul Parks's story to be false and a stolen valor attack against the sacrifices of those men who gave their lives like the man or men – paratroopers Hunt's grandfather described picking out of trees in France. Those *un*fortunate sons Hunt's grandfather said goodbye and good luck to as he loaded them onto the airfield in Marbury, England before these unfortunate sons para-trooped for the last time over France the night before D-Day. These American heroes' sacrifices are mocked by the cabal involved with the production of *The Last Days* for nefarious purposes.

67.    A website of Dachau liberators collects some of the American veterans who liberated Dachau's ongoing protest of Paul Parks's stolen valor fraud and defamation against the true liberators of Dachau. http://www.45thinfantrydivision.com/index14.htm " For instance, James R. Bird, 45th Infantry (Thunderbird) Division wrote, "Your reporters are no different than Steven Spielberg's use of fictitious liberators to enhance his movie The Last Days."

68.    Importantly, James R. Bird attempted to inform Defendant AMPAAS, The Academy of Motion Picture Arts and Science of this fraud and stolen valor, who did nothing to listen to the actual veterans who liberated Dachau. To quote a two time purple heart and Silver Star awarded veteran who had been trying his most to bring attention and stop this film fraud from continued dissemination -

http://www.45thinfantrydivision.com/index14.htm -

"JAMES R. BIRD

57 BELLA ROAD

MEDFORD NJ 08055-4201

609 267 5520

ACADEMY OF MOTION PICTURE ARTS AND SCIENCE          17 FEBRUARY 1999

8949 WILSHIRE BLVD

BEVERLY HILLS CA 90211 1972

SIRS:

SUBJECT: Spielberg's TV documentary(?) The Last Days

This combat disabled veteran of WWII wonders why Steven Spielberg needs to produce a so-called documentary that is based on fiction. I've yet to see the film, but from what I've read and been told he persists in crediting Paul Parks as a Liberator of Dachau. I served in the 45th Infantry Division and arrived at Dachau on the morning of April 30th 1945 and am thoroughly convinced, that in addition to units of the 42nd Infantry (Rainbow) Division, there were no Blacks involved in the liberation of this concentration camp.

We wonder about Mr. Spieiberg's motives to produce a documentary which includes false information. There is irrefutable evidence that Paul Parks was not a "liberator" of Dachau as depicted in the film. Apparently, Spieiberg's director and editor, James Moll didn't verify his facts.

Respectfully,

James R Bird

Enclosures: Steven Spielberg Screws Up by Mark Shulte, NEW YORK POST February 15th; and Klawans commentary in THE NATION, March 1st. edition; clipping from Burlington County times, 3 July 1992

c.c. 45th Infantry Division Association

I served through eight campaigns with the 45th Infantry Division (Thunderbirds) and was awarded a Silver Star and two Purple Hearts.

http://www.45thinfantrydivision.com/index14.htm

     69.    Many American Dachau liberator Veterans, including the Jewish American comrade of Bird's Henry Kaufman - who claims to have actually been a prisoner of war and escaped from Dachau - had fought constantly against the ongoing and bizarre Zionist derived effort to have black soldiers pose as first on the scene concentration camp liberators in the 1990s until today for television and film documentaries and books. What follows is a relevant letter of Kaufman's to defendant AMPAAS.

Henry Kaufman

10390 Wilshire Blvd. # 901

Los Angeles,Ca.90024

PH.(310) 278-8236

February 24, 1999

Academy of Motion Picture Arts and Science

8949 Wilshire Blvd.

.Beverly Hills, Ca. 90211-1972

Att: Public Relations:


Subject: Spielbergs Documentary, "The Last Days".

To Whom It May Concern;

Since 1992 when black soldiers decided to convince the world that they had liberated Buchenwald and Dachau, both concentration camps, the lie continued to persist no matter how much their "yarns" were totally disproven.

In 1992 PBS had shown a film entitled "The Liberators" supposedly, a black Tank Battalion, the 761st had liberated both camps. There are several black ex-soldiers from the World War II era who spread these unsubstantiated falsehoods. The 761st who had an excellent World War II record, disavowed any responsibility for anyone making these claims. The end result was the "liberators" was taken off the air and never again shown.

Now, at the present time we are facing renewed false, sublimated claims in the latest Spielberg film entitled "The Last Days."

In this film there are three different veterans, who claim they too liberated KZ Dachau, Warren Dunn, Katsugo Miho, and Paul Parks. Although none of these three mention the units they were with, at the time of the liberation, the film is actually referring to the 42nd Division which Dunn was a member of, the 442nd RCT (all Japanese regiment) which Katsugo Miho was a member of, and the 365th Combat Engineers, which Paul Parks claims to have been a member of.

What you are seeing in this film is that there were more divisions that liberated KZ Dachau, than there were in the entire Normandy Invasion." If Spielberg did his homework simply had to check the National Archives in Washington, D.C. and if he checked Box 226,

Records Group 338 he would have found that a Lt.Colonel Felix L.Sparks of the 3rd Battalion,l57th RCT, 45th Division not only liberated Dachau on April 29,1945 at 12:30 PM, but also got into serious trouble. He and several of his men, namelyl Lt.William P.Walsh, Lt.Jack Busheyhead, Lt.Daniel F.Drain, Lt.Howard E.Buchener, all the above were in the 157th and being investigated at the time by the Inspector General for having shot and killed l7 unarmed SS guards, plus the Inspector-Generals report reads, "2 Germans were shot by inmates who used the service rifle of PFC Peter J.DeMarzo of the 157th RCT.

Simply put, if all these aforementioned soldiers were accused of these crimes at KZ Dachau, although they were never tried, then how can anybody other than the 45th Infantry, claim they liberated Dachau?

I'm hoping you discredit this film, "The Last Days" and that Spielberg is made aware that he has been "duped." My interest in the liberation of Dachau is merely that I was in "H" Company of the 157th, 45th Infantry Division. I fought in Africa, Sicily and Italy. I was captured on the Anzio Beachhead, February 22,1944. After being in many POW camps in Italy and Germany, I was transferred to Dachau for being a "trouble-maker." I was in Dachau, November 15, to November 20,1944. Unfortunately, my outfit didn't liberate Dachau until April 29,1945. I didn't wait for them, I escaped on April 8, 1945.

Please bear in mind that these false claims are very painful to the 45th Infantry Division, since they have established an amazing outstanding record of 511 days in combat and suffered 62,560 casualties during World War II, Spielberg owes them an apology.

Respectfully

Henry Kaufman

70.     All defendants act with careless disregard to the truth of historical matters. It is long past time for the legal system to bring this cabal of enabled, entitled, and shameless fraudsters to heel.

### Paul Parks' Magical Menorah

71.     *In The Last Days,* Parks tells us a man who didn't give his name who arrived at his door one day, and gave him a menorah a Jewish concentration camp survivor made out of nails while in a camp. Parks says the man didn't tell him his name, and didn't tell him

the name of the man who made it. *The Last Days'* crescendoing violin soundtrack makes the gullible viewer emotional. In Parks' original Shoah foundation "casting video" the interviewer goes over to the menorah and clearly reads the inscription, which points out that the artist signed the menorah, his name was Thieberger.

72.    This menorah, claimed to have been made out of carpentry nails inside Dachau by a Jew Parks liberated at Dachau is another major prop in *The Last Days*. The menorah is shown in The Last Days companion book captured, "Dr. Paul Parks with the menorah he was given by a Dachau survivor he liberated. The survivor managed to make the menorah while still a prisoner."

73.    Parks claims a man showed up at his house, not giving his name and on the behalf of the Jewish Dachau survivor who made the menorah inside Dachau (who Parks also didn't know the name of), gave the menorah to Parks as a gift. Hunt offers proof the menorah in *The Last Days* isn't an original, as portrayed in the film. The menorah was apparently created by an Edwin Theiberger, and numerous copies exist, including at The White House. The mysterious Menorah drop off is another lie told by Parks, who could have simply told the true origin of the magical menorah art piece.

74.    The USC Survivors of the Shoah Visual history foundation handpicked a bizarre pathological social climber mostly due to his real connections to Martin Luther King and the civil rights struggle. Parks's Shoah Foundation video is almost entirely fiction-based. From talking to King about Dachau to murdering 30 unarmed people at the outskirts of the Battle of the Bulge.

75.    In his original USC Survivors of the Shoah Visual History Foundation "testimony" Parks tells an absurd story about being on the outskirts of the Battle of the Bulge instructed to search outgoing vehicles for possible German soldiers sneaking behind the lines. Parks describes shooting a tommy gun killing an unarmed man and 25 people hiding in a vehicle's hay pile. Parks claims he unloaded his tommy gun into all of them because the person he stopped responded that the Yankees baseball team are from Chicago and not New York. Parks's bragging about committing war crimes in this occasion and another war crime, shooting a captured unarmed German that *The Last Days* fraudsters move to take place at Dachau are disturbing, but they aren't true. Paul Parks is no role

model, for anyone of any race. Parks lied about committing war crimes for his own benefit. Somehow *The Last Days* filmmakers put forward a man lying and bragging about committing war crimes as a hero. Spielberg and company desperately wanted a black face to sell the benefits of Zionism and provide a chain linking blacks and slavery to the forced labor camps such as Dachau. Parks was a willing pathological liar and dedicated and well rewarded Zionist. In his Shoah Foundation video, Parks describes visiting Israel after the war and being taken under the wing of powerful influential Zionists.

76.    "He is a consummate liar, is all I can say," said American hero Felix L. Sparks who commanded the forces who entered Dachau and stopped a war crime in progress, as Americans fired upon unarmed surrendered Germans. There's a Netflix series up now about Sparks's life. This film *The Last Days* is a disgrace to the man Felix Sparks who in the Pantheon of unbreakable soldiers with unbreakable morals there is no one higher. Sparks was interviewed by the Shoah Foundation. But Sparks was white and didn't fit the needs of Lipper, Spielberg and company who conspired to pretend black units liberated major camps in the 1990s in films such as *Liberators: Fighting on Two Fronts* and *The Last Days.* This caused incredible harm to white soldiers such as Sparks, even Jewish former inmates of Dachau such as Kaufman, and the white descendants of World War 2 soldiers such as Hunt who are the target of the insidious "black liberator" scam and hoax of Defendants' cabal.

**Irene Zisblatt and the Feces Covered Diamonds Communion –**
**Child Grooming Scat Assault Forced upon Children such as Hunt**

77.    For the first time in history, in front of expensive 35 mm film cameras, crew, direction, sound equipment, and lights for *The Last Days*, Irene Zisblatt spun the most memorable claim in the film *The Last Days*. Zisblatt claims for the first time ever that while in Auschwitz and on brutal death marches, for almost a year, she repeatedly defecated four diamonds, sifted through her fecal matter each time, somehow evaded Nazi guards and the glances of fellow inmates in the group latrines sitting next to her (as she describes in *The Last Days entirely avoiding* defecating in the latrine hole itself but to the side of the hole), retrieved the four diamonds in her feces each time with her hands, washed these diamonds off "in the mud or the soup we were given" and swallowed them again each time. Covertly concealing and storing the diamonds in her esophagus, stomach, and colon all the way

through her entire war ordeal which also included weeks long "death marches" across Europe.  We can only help but be reminded of what one critic, retired Army Lt. Col. Hugh Foster, told the Globe about Paul Parks, and apply this to Zisblatt. Zisblatt is "stuck in a web of lies." She apparently just didn't realize that there are ways to check her stories, and now she's stuck.

78.    Irene Zisblatt and the arrogant unrepentant fraud committing co-conspirators, Defendants, did not seem to realize there was a great deal of surviving documentation to fact-check the stories of Irene Zisblatt (nonetheless exonerate Dr. Josef Mengele of other fraudulently alleged crimes) and simply relied on the power of their powerful ethnic lobby and media domination to plow through dissent. Defendants are caught in a web of lies, yet rather than change course, instead choose to destroy dissenters with defamation in their controlled press as exemplified by Defendant Mermelstein's vicious attacks on Hunt on behalf of Defendants. Defendants censor objections to the falsehoods of Zisblatt and Hunt's own scholarship on the matter by declaring these works to be "hate" unable to be uploaded at all on YouTube. Defendants actively work to block Hunt's hoax debunking websites and videos from the internet.

79.    Regarding documentation to disprove Zisblatt's claims of constantly defecating and retrieving and re-ingesting diamonds. For one, incredibly, there actually survives records of a literal stool sample (stuhlproben) Irene Zisblatt gave while in Auschwitz. A stool sample for the SS Hygiene institute tested prisoners for disease before they were cleared to transfer to other camps. The stool sample did not appear to have been recorded by any "Nazi" official as containing diamonds. Incredibly, this document was misrepresented by Jewish Holocaust professor Kenneth Walzer as "proof Irene Zisblatt was experimented on, the results sent to Berlin." Walzer smeared Hunt before Hunt was able to get a hold of the actual document and determine its true contents declared no such thing. It was a stool sample. A constant concealment and false misrepresentation of documents is what the Zisblatt / Spielberg fraud and similar "holocaust" era frauds and related mini- and mega-hoaxes relies on.

Complaint

**Zisblatt's Original Shoah Foundation Testimony**

80.     An analysis of Irene Zisblatt's original video interview for Steven Spielberg's USC Survivors of the Shoah Visual History Foundation reveals outrageous, preposterous even comical claims of Zisblatt which mock everyone on earth with a functioning logic center within their brain, especially those whose families sacrificed and suffered and had loved ones perish during World War 2.

81.     Any examination of what amounts to casting footage for *The Last Days* at all by anyone honest at Netflix would absolutely immediately disqualify Zisblatt from speaking in front of anyone let alone children proclaiming these untrue, outrageous, and deranged fantasies and defamations. That is, unless you are a dedicated member of a certain cabal as Defendant Rabbi Berenbaum, the historian of *The Last Days,* and Defendants, and consciously choose to deceive by continuing to promote this fraud deliberately in order to advance the interests of their ethnic cult and associated foreign state.

82.     All of Irene Zisblatt's claims of horror experiments by Dr. Mengele are complete and total fiction. Zisblatt is neither a twin nor a gypsy and was not tattooed. The unremarkable Zisblatt was of no interest in Mengele's anthropological research. Zisblatt was also healthy unlike the gypsies with a rare as yet unnamed Chediak-Higashi gene disorder Mengele was attempting a new kind of ocular tuberculosis preventative therapy on. Mengele's research subjects are documented, we have lists and names. Zisblatt is not one of them, and documentation proves the pathological liar Zisblatt spinning her web of lies for Spielberg was never abused, injured, tortured, and never even touched by Dr. Josef Mengele, ever.

83.     In December 2024, Hunt published a document which was deliberately suppressed in the Hadamar, Germany Archives and helped conceal the truth about Dr. Josef Mengele and his important and meaningful research from the world for 80 years – a hoax-shattering uber-important scientific research paper marked "Not for publication." The deliberately suppressed document completely exonerates Dr. Josef Mengele of not only the "blue eye color experiment torture" claims of Zisblatt but *all* the hate hoax atrocity fiction that has been claimed about the PHD anthropologist and healing MD forever.

### The Eye Color Change "Experiment" of Dr. Mengele

84.    In *The Last Days*, Zisblatt begins to tell her impossible, entirely fictional *blood libel* – level defamation hoax and fraud - claiming Doctor Mengele tortured her and other girls in order to try to change their eye colors (into blue). *The Last Days* and manipulative director Defendant Moll with the help of Defendant Berenbaum deceptively cuts from both an acquitted German doctor Hans Munch to actual Mengele research twins in Soviet propaganda footage posed in between as many barbed wires as possible and put in absurd and oversized striped prisoner garb these children studied by Mengele with preferential treatment, clothing, housing, and improved rations were not originally clothed in.

85.    Quoting Zisblatt from *The Last Days* - "They took five of us and they put drops in our eyes." At this point Zisblatt points to her eyes mimicking eye drops. "We didn't know why, they didn't tell us." Zisblatt shakes her head. "And they put us in the dungeon." The film's classical soundtrack crescendos and increases in volume. Moll deceptively shows us an alleged punishment cell solely meant for male political prisoners in the Auschwitz 1 main camp. Depending on the "cell" shown, this isn't actually an original yet a "rebuilt" one made in the Auschwitz Museum while under Soviet occupation. So we are looking at a museum exhibit alleging a prior existing supposed male torture cell. The punishment cell can only be entered by kneeling. It is theoretically meant for one person, a man. As Jewish researcher Dr. Neander in his article pointed out, there is absolutely zero reason Zisblatt would have been put in such a "dungeon" meant for extreme male political prisoner cases which required a paperwork trail and certainly couldn't fit with five other girls.

86.    In *The Last Days*, Zisblatt continues, "They closed us in there and we were standing in water up to our ankles, tightly packed, aaaaandd it r- seemed like forever, it seemed like it was an an eternity. They never opened the door, they never gave us anything to eat or drink, so we drank the water we stood in. We went to the bathroom t- in the water we stood in, and then they opened the door, and they took us out, and they brought us up into the, the, into the courtyard, and they examined our eyes. And some of the people couldn't see for several days after that, aaaand they took us back to the barrack. And then we

found out later, that what they were doing is they were trying to change the color of our eyes." Zisblatt says pointing at her eyes. The entire time Zisblatt is far more agitated than usual, leaning forward in her chair, far more expressive with her body language covering up her outrageous hoax of being tortured in a dungeon in some senseless Frankenstein-Nazi blue eye color change experiment.

87.     At 16 years old, Hunt felt he was being defamed as a human being down to his DNA the first time he saw Spielberg, Zisblatt and company claim Dr. Mengele tried to torture Zisblatt's eyes into turning blue. Was Hunt supposed to feel he himself was an evil Nazi for being born with blue eyes? A Hitlerian ghost? What was the true purpose of this totally unfounded and undocumented cult's propaganda against all blue eyed people, let alone those of partial German descent such as Hunt? As a young graphic artist and animator, Hunt understood basic color theory. One can't add blue eye dye to a brown eye and expect this to turn the color brown into blue. This "Mengele blue eye color horror experiment torture" claim of extremist ethnic hoaxers and false prevaricators of history and science is preposterous on its face. And if Zisblatt is given these drops and forced in a dungeon with water and urine up to her ankles surrounded by other girls, how is she still doing the defecating diamonds act? Certainly only the elite truth-seekers among us such as Hunt ask such difficult questions.

88.     The defamatory claim of defendants Zisblatt and co-conspirators that Dr. Josef Mengele was trying to torture Zisblatt with painful eye drops, dungeon imprisonment and urine drinking in order to make eyes blue for Hitler because this is the color Hitler liked is entirely false, entirely defamatory, and a racial attack on Hunt, his "people", eyes, body, ancestry, self-esteem, self-image, and genetics. There is no proof Mengele ever touched let alone harmed Irene Zisblatt. In fact all evidence points to the contrary.

89.     An incredibly important hoax-shattering deliberately suppressed exonerating research paper document was uncovered in the Hadamar, Germany archives and only published by Hunt weeks ago. Hunt published this document against the widely expressed and demanded wishes of the entire "Holocaust" industry aiming to suppress this document as supposedly publication would be "against medical ethics". This extraordinary document

details the intriguing and ahead-of-their-time hereditary genetic disorder research of the anthropologist Dr. Mengele and his research partner at the Kaiser Wilhelm Institute, Karin Magnussen. Magnussen was performing the "eye color change" research with Dr. Mengele. Magnussen would have performed this study herself but could not gain access to the Auschwitz camp as it was closed to civilians. This remarkable, earth-shattering document proves the "eye color change" research Dr. Mengele participated in, had a budget for, and plan for, for the Kaiser Wilhelm Institute was focused solely on a unique Sinti - or gypsy family with a rare as yet unnamed hereditary disorder related to Waardenberg syndrome but with the added mutation of weakened immune system due to malformed white blood cells. Hunt puts forth the condition in those studied by Mengele, Magnussen, and the Kaiser Wilhelm Institute as likely Chediak-Higashi syndrome. Due to the weakened immune system, this unique gypsy family Dr. Mengele and the Kaiser Wilhelm Institute were studying and had funding for, were more susceptible to disease than other inmates and as Magnussen describes, kept getting tuberculosis and needed near constant treatment and healing by Dr. Mengele.

90.    As a result of Hunt's near twenty five years of research into *The Last Days*'s fraudulent invented atrocity hoaxes, this newly leaked document proves conclusively that all claims Mengele ever tried to change *any* eyes into the color blue in order to create an Aryan super race of blue eyed twins are absolutely and entirely false and absurd, and the creation of a deranged cult run amok. Not only this, as an unremarkable person without this specific hereditary condition displayed by this gypsy family, Zisblatt would never have been "selected" to have her eye color "changed" (let alone to blue) for any reason by Dr. Josef Mengele, and wasn't. Those such as Zisblatt and Spielberg and Defendants counted that they could continue to defame an unjustly maligned doctor who had no one to defend him. Mengele's character had been assassinated completely by those such as Irene Zisbaltt. The proto-Zisblatt being the "artificially stitched together twins conjoined Siamese Dr. Frankenstein experiment witness" Vera Alexander who committed perjury at the Eichmann trial and informs society's false beliefs about the anthropologist.

91.     The handful of subjects in the "eye color change" research of Dr. Mengele, who appear to have been only in this specific gypsy family with a severe genetic disorder, were given an "experimental" *therapy* of relatively painless adrenaline drops in order to <u>add</u> pigment, in order to attempt to protect, to shield their pigment-less, defective, albino-like blue eye from deadly ocular tuberculosis. These people displayed heterochromia, a blue and brown eye. This wasn't the main study as currently alleged by an industry which suppressed this document.  This heterochromia condition was an expression of a symptom of a larger underlying and severe genetic disorder seemingly caused by inbreeding.

92.     Incredibly we are told a complete inversion of the truth. Hunt definitively proves Mengele was trying to change blue eyes ***into brown***, and not only that, in doing so, Mengele and Magnussen were doing this precisely in order to keep these people alive! Mengele never killed these patients as alleged, for a variety of reasons. This newly revealed document proves these gypsies did in fact succumb to Tuberculosis as death certificates claim. Industry fraudsters claimed previously these were false causes of death and forged using coded language for alternate deaths however this document and the irrefutable, repeatable science behind it refutes these falsehoods.

93.     As Magnussen writes, these genetic researchers wished to track and follow the genetic line of this unique family after the war in order to study what appears to be the as yet unnamed Chediak-Higashi syndrome. We can see the detailed multi-generation family tree at the end of the Magnussen / Mengele document. There was never an attempt to murder these people Mengele was studying. Unfortunately these people died due to fascist policy that left them stuck in the fields of Auschwitz-Birkenau. Camp diet malnutrition, overcrowding, and poor sanitation conditions aided this unique gypsy family's already weakened immune system's demise to tuberculosis.

94.     This document recently revealed by Hunt definitively proves the "eye color change" experiment of Dr. Josef Mengele had nothing to do with the absurd torture pornography forwarded by racist supremacist fictional Zionist propaganda such as *The Last Days* which continues the absurd cartoonish scientifically impossible claim that Hitler himself wanted Dr. Mengele to engineer a way to create a race of blue eyed only Germans

as an aesthetic proclamation of blue eyed superiority. Mengele was attempting to shield patients under his care with a severely weakened immune system due to hereditary genetic disorder likely the yet to be named Chediak-Higashi syndrome from ocular tuberculosis by adding pigment to their eyes using adrenaline drops.

95.    Zisblatt's post release published claims of being injected by Mengele "12 times a day" in order to change her eye color are more proof at the unleashed rabid absurdity of this enabled pathological liar. From the Sun Sentinel - www.sun-sentinel.com/2023/08/28/holocaust-survivor-irene-zisblatt-shares-her-inspiring-story-of-courage-and-hope Zisblatt claims, "Mengele chose me to be a human guinea pig. Some days he would give me 12 injections in an evil attempt to change the color of my eyes. One day I was selected to go to the gas chambers with 1,500 girls at one time. I was the last one to enter the chamber and remember digging my nails into the door of the overcrowded space. I was thrown out because the door wouldn't close but knew I would surely be selected soon enough. Since I only weighed fifty pounds at the time, I hid in between the ceiling of the gas chamber and the shelter roof, and then a miracle happened. A young Jewish man tasked with working the gas chamber found me. He covered my naked body with his jacket and helped me board a train leaving Auschwitz for a labor camp in Northern Germany." Zisblatt's gas chamber escape has changed throughout the years thanks to Hunt's research. There has been some sort of intervention of someone telling Zisblatt to make her outrageous and absurd "gas chamber" escape story less impossible and more believable. The story changed after Alison Chabloz sang a parody comedy song about how absurd Zisblatt's gas chamber escape story is and faced terrible punishment in Britain and France for doing so.

96.    Hunt proclaims at some point after suing Zisblatt and Spielberg over her book The Fifth Diamond, Zisblatt was spoken to by a Defendant and told not to claim she was thrown over the Auschwitz "gas chamber" electrified barbed wire fence anymore. This was too easy to debunk after all. The distance could be measured, over 100 feet. The height of the fence, over 10 feet. This lie didn't live in the vague realm that Zisblatt could get away with via suppressed Mengele documents, for instance. This change to Zisblatt's story was done seemingly after defendant Alison Chabloz already faced jail and banned from France

for 40 years for speaking about this very fraudulent claim. Chabloz was inspired by Hunt's film expose' *The Last Days of the Big Lie*. Zisblatt, much like Defendants in other realms like the companion book smooths over their previous absurd impossible falsehoods to continue to work the larger con.

97.    Zisblatt was never selected for *any* of Mengele's anthropological and medical research. This research is falsely smeared as "Frankenstein-like *experiments*" by "Holocaust" industry scammers. Zisblatt is not a twin, not a gypsy, did not have Chediak-Higashi syndrome researched and treated by Mengele, and was placed in the transit camp for a brief time before departing to a labor camp in Germany. Zisblatt's whereabouts can be tracked via documentation. Mengele's gypsy and twin and other research subjects are listed and documented. Zisblatt is enabled by Defendants such as Mermelstein and others covering for and openly defaming Hunt by defaming, persecuting, and prosecuting those who refute Zisblatt's sick and twisted claims.

98.    Neither Karin Magnussen, nor Mengele's superior at the Kaiser Wilhelm, von Verschuer, who funded and directed Mengele's research, were ever convicted of ANY crimes. There is absolutely zero proof to any "survivor" claims of Dr. Mengele Frankenstein-like "experiments" whatsoever. In fact the anthropologist Josef Mengele, whose hereditary research – detailing family trees, obtaining hereditary information and noting physical features - was hardly different from that conducted by his superior von Verscheuer with German "Aryan" twins in Berlin. Again, the Kaiser Wilhelm Institute's director von Verschuer and also partner of Mengele's, Karin Magnussen bother were never convicted of any crimes and for good reason. Suppressed documentation such as that offered by Hunt acquits these doctors and researchers entirely because it is simple, testable, and repeatable science. Adrenaline drops can turn a blue eye brown in certain conditions. There is no actual proposed correct dye or substance to ever achieve what Zisblatt lies and claims was done to her based on the absurd false post-war fabrications and propaganda. Specifically that Mengele injected corrosive methylene blue dye into eyes as posited by the likes of fabulists such as "historian" Robert Jay Lifton and fablemen such as Spielberg.

99.    What happened with and to Dr. Josef Mengele is the result of a hysteria directed against a man who could not defend himself against the overwhelming media control of the Zisblatts and Spielbergs of the world. Mengele said this himself to his son Rolf when he visited him in hiding in South America. Josef couldn't believe his only son believed the absurd fantasy stories published in the controlled newspapers. Even though Rolf attempted to convince his father to turn himself in and prove his innocence, Josef knew the power of those such as Defendants' finance and media cabal along with a willing dedicated ultraZionist liar or two such as Zisblatt or for instance Vera Alexander the "conjoined twins" hoaxer was too much for Mr. Mengele to overcome.

100.    This newly leaked document conclusively proves Zisblatt's outrageous lies about Mengele are entirely fictional. The Magnussen document proves conclusively, using science, and repeatable science, and testable science, that ALL Mengele torture experiment claims are the result of Irene Zisblatt types - such as fellow pathological liar Vera Alexander, who outrageously claimed she saw artificially conjoined twins whose veins and arteries were stitched together, sewn together at the wrist and back, creating a Frankensteined single siamese organism! Despite this being absolutely impossible and well beyond Dr. Mengele's capabilities, as he was an anthropologist who studied external features of humans, not a specialized surgeon. This document newly revealed by Hunt proves conclusively Mengele is completely exonerated. Mengele is exonerated by this document and the various hate hoaxes perpetuated against the man by the likes of perjuring "eyewitnesses" and "Mengele victims" such as Irene Zisblatt. It is high time for the monstrous hoaxster Irene Zisblatt and her collaborators to pay for their crimes.

101.    Near total media and classroom control of the likes of Spielberg and Defendants is how an anthropological researcher and doctor who simply could not have the surgery skills as alleged by Alexander and Zisblatt was totally and completely framed. Even Hunt for many years did not seek to defend Mengele. After all, Mengele was German and wore an SS uniform sometimes. That Nazi doctor must have done something torturous and evil to tons of children, right? However, this document fuels Hunt to proclaim doctor Mengele's innocence and Zisblatt and Spielberg and co's despicable rotten hoaxing

criminality. Defendants brazenly defame a man who had no one to stand for him, who had already been character assassinated to death hiding in South America from previous "Frankenstein experiment" hoaxers such as Vera Alexander.

102.    As a fraternal twin himself, researcher Hunt, understands the truth about Dr. Josef Mengele, and Von Verscheur of the Kaiser Wilhelm Institute's actual meaningful twin research. This very type of twin research pioneered by leader Von Verscheuer and in fact Mengele is often cited in medical journals as a guide for medical research without hysterical derision in India and elsewhere. As a twin himself, Hunt would gladly sign up for the real Dr. Mengele's actual simple and sense-*full* hereditary research in the age before DNA. True, believable witness accounts, (unlike Zisblatts) describe a kind, protective Dr. Mengele who offered improved rations and treatment rather than hard labor building roads moving heavy stones. Some prisoners even describe being lucky enough to be selected by Mengele to escape that very fate of moving heavy stones for road labor in the very USC Shoah Foundation video archives.

### Dr. Mengele's sadistic anesthesia-free tattoo removal of Irene Zisblatt

103.    Irene Zisblatt claims Dr. Mengele ripped her Auschwitz prisoner number tattoo out in an excruciating operation. Supporting research and documentation proves Zisblatt was never even given an Auschwitz inmate tattoo in the first place and her horror defamation is another vile hoax – trying to portray the intelligent and kind anthropologist Josef as Dr. Frankenstein for a protected and overwhelmingly powerful ethnic cult. At the time of Zisblatt's arrival in 1944 with the amount of Hungarian transports being processed, the Germans did not tattoo everyone. Especially Irene Zisblatt, who was chosen to be transited further on to another labor camp.

104.    After filing a lawsuit against Spielberg and Zisblatt for Zisblatt's absurd fictional memoir *The Fifth Diamond*- Jewish Historian Joachim Neander PHD reviewed Hunt's claims and wrote a research article on the matter entitled *"Irene Zisblatt, the "Diamond Girl" - Fact or Fiction?"* Neander wrote an article smoothing over and spinning the outrageous falsehoods of Zisblatt for his in-group interests while continuing the Spielberg – Lipper – Netflix enabled and promoted defaming and demeaning of the truthful

investigator Hunt. However certain documents only easily accessible by those such as Neander were brought forward of note. From -

holocaustcontroversies.blogspot.com/2010/01/irene-zisblatt-diamond-girl-fact-or.html  "An interesting document is the Auschwitz list. It contains over 770 names of women, apparently all Jewish and Hungarian, from Block 8 of camp sector BIIc. The list has four columns: Serial Number, Family and First Name, Year of Birth, and Result (*Befund*). It is dated "28 IX 44," i.e. September 28, 1944. No prisoner numbers are mentioned. This clearly points to the fact that these Jewish women did not have prisoner numbers, which tallies with the well-known fact that the women from BIIc, the "transit Jews," were not registered and, therefore, did not have Auschwitz prisoner numbers. The list is on pages 281-288 of a file ("Volume 50") of documents from the SS Hygiene Institute Auschwitz, together with three similar lists for Block 7 (incomplete, running from serial no. 1 to 494, with date 27 IX 44, pp. 290-294), Block 10 (over 630 names, with date 29 IX 44, pp. 1-8), and Block 12 of BIIc (over 400 names, with date 29 IX 44, pp. 9-13). On pages 288, 8, and 13 we find a remark that, from the prisoners, "feces tests" (*Stuhlproben*) were made, which … [77]) all had a negative result."

105.    Mengele research victims are documented. Irene Zisblatt is neither a twin nor a gypsy. Zisblatt was not of interest to the anthropologist Dr. Mengele, Dr. Josef Mengele had no budget to do any of the claimed false horror tales ascribed to him by the proven pathological liar Irene Zisblatt. There is documentation, plan, and budget for Mengele's real twin and gypsy hereditary research. And with the Magnussen document we see a conclusion paper on their research studies. Zisblatt's documented interactions with "Nazi" doctors were to simply test her and others for disease to be cleared for transfer to labor camps in Germany. Such as the stool sample performed.

106.    Zisblatt lies and claims in her memoir *The Fifth Diamond* she was given another prisoner's Auschwitz tattoo number, 61397, who the Jewish researcher Dr. Neander notes belonged to a Polish political prisoner earlier interred in the camp the year prior to Zisblatt's arrival. From holocaustcontroversies.blogspot.com/2010/01/irene-zisblatt-diamond-girl-fact-or.html - "First, the Auschwitz prisoner number "61397" was given on

September 9, 1943, to Agnieszka Pastuszek, a non-Jewish, Polish political prisoner,[27] who had arrived with a prisoner transport from Katowice prison.[28]. Hungarian Jewish women prisoners who were taken in between May 16 and 26, 1944, received numbers from A-3622 to A-6027.[29] Chana could also not have received the number of a dead prisoner because after February 2, 1942, Auschwitz prisoner numbers were no more issued twice.[30]" Zisblatt claims Dr. Mengele ripped "her" tattoo out of her forearm in an excruciating anesthesia free operation on a rusty table. Zisblatt brazenly uses a Polish political prisoner's number as her own alleged removed tattoo number in her outrageous fantasy "memoir" *The Fifth Diamond*. Upon filing this lawsuit Hunt will immediately demand and if necessary sue for the FBI and local Florida law enforcement to examine and photograph Zisblatt's alleged "removed" tattoo location on her arm. Hunt's civil rights are harmed every day Zisblatt can harm a child.

### Irene Zisblatt's post Mengele tattoo removal lethal injection

107.     During Zisblatt's original "Shoah Foundation" video interview about the "cutting" and "pulling" tattoo removal the interviewer asks, "How long were you on the table being experimented?" Zisblatt would shake her head no, and as usual display all the body language associated with those telling lies. Zisblatt replied, "Hours at the time, and then they would just let us be there bleeding. "And no sedative, no anesthetic?" the interviewer later asked. "No," Zisblatt replied, shaking her head. "No, no nothing. Eyes darting to the side, Zisblatt continued, "Half of the times we were like," shakes her head, "out." "And when we came to, we were either bleeding or they were still digging, or or, uh, and then the final, when they f...when they found what they were looking for, they ordered the nurse to give us the injectio, uh, an injection. And I said, oh good maybe the pain will go away, you know, but it wasn't the injection for the pain to go away. It was supposed to be the lethal injection. And yes, she did give us an injection. And we did, sort of got woozy, and all of that."

108.     Zisblatt's true experiences in the camps do not add up to adding anything new or memorable to "Holocaust" mythology presented to the public as a whole. Zisblatt makes up outrageous mini-hoaxes within her absurd fantasy world seemingly off the top of her

head in real time. This time receiving a lethal injection after Mengele cuts and pulls her tattoo out of her arm. Then, Defendants guide, instruct, and smooth out the most ridiculous obvious and blatant frauds Zisblatt pulls - just in time for awards season. Irene Zisblatt was never given an Auschwitz tattoo and stole another woman's number, claiming the reason she has no tattoo in her arm is because Mengele ripped it out.

### Zisblatt selected to have blemish free skin turned into a lampshade, marched to the wrong camp

109.    In her original USC Shoah Foundation Visual History Foundation "testimony" Irene Zisblatt claims under Mengele, her body was examined and clear skin found to be blemish free. Zisblatt claims she was then chosen to be sent to Majdanek concentration camp, where according to Zisblatt, tongue darting out of her mouth and facial contortions barely able to conceal her lies, "Ilsa Koch loved gloves and lampshades made out of Jewish skin". Zisblatt describes walking to Majdanek, 230 miles away to the East. Nothing happens at Majdanek, Isla Koch does not arrive, and Zisblatt is marched back to Auschwitz.

110.    This is all simply more invention of Zisblatt. A simple check of the often Zisblattian Wikipedia, however correct on this issue claims "After the defeat of Nazi Germany, claims circulated that Ilse Koch, wife of the commandant of _Buchenwald_ concentration camp, had possessed lampshades made of human skin, and had tattooed prisoners killed, specifically, in order to use their skin for this purpose.[11] After her conviction for war crimes, General Lucius D. Clay, the interim military governor of the American Zone in Germany, reduced her sentence to four years' prison on the grounds "there was no convincing evidence that she had selected Nazi concentration camp inmates for extermination in order to secure tattooed skins, or that she possessed any articles made of human skin."

111.    So indeed the absurdist fabricator Irene Zisblatt, free-styling her absurd falsehoods for her Steven Spielberg Shoah Foundation casting couch _The Last Days_ audition chose the wrong camp and the wrong direction. Ilsa Koch would have been at Buchenwald, far westward of Auschwitz in Germany not Majdanek, Eastern Poland. Zisblatt should have gone west to become a human lampshade or Jewish skin gloves! Once again we are

reminded Parks and Zisblatt are "stuck in a web of lies." "They apparently just didn't realize that there are ways to check their stories, and now they're stuck." All of Zisblatt's tales are a grab bag of post war atrocity tales Zisblatt heard and someone decided Zionism needed a witness to put words to from – Zisblatt is a wolf in sheep's clothing who deserves severe legal punishment for her ongoing crimes, no matter her age and experiences 80 years ago.

### The Gas Chamber Moonwalk, absurd barbed wire fence toss and The Last Days cover up

112.    In her original Shoah Foundation testimony, Zisblatt describes being selected personally by Dr. Mengele to be sent to the "gas chamber". Zisblatt describes escaping the "gas chamber" by walking backwards "somehow." Zisblatt claims she was then thrown over the electrified barbed wire fence by a "sonderkomando" crematory/ "gas chamber" worker boy onto an open topped train, where no one noticed her be tossed in. The story is patently absurd and demonstrably false on multiple levels. Most of all - that according to some in the Revisionist movement, what Defendant Zisblatt claims was a homicidal gas chamber was a working crematory for inmates who died mostly from disease. Revisionists believe claims of homicidal mass gas chambers solely rely on those pathological dedicated cultists such as Zisblatt and not any physical evidence of the structures which do not display the telltale "Prussian blue" staining as seen elsewhere including clothing fumigation rooms at Auschwitz-Birkenau itself, where repeated use of cyanide stains the bricks a distinct Prussian blue even almost a century later.

113.    However, even according to those who subscribe to the widely believed narrative in 2025, the electrified barbed wire fence is considerably high and the train tracks way too far from the fence for any human being to possibly throw a girl over the Auschwitz fence onto an open train. Not even Lou Ferrigno's Hulk could achieve such a feat when he memorably threw that bear.

114.    Zisblatt's preposterous gas chamber escape claim and barbed wire train toss is contradicted by documentation of the Germans that just records Zisblatt as being transferred like a normal non-supernatural being along with other women.

115.    According to Neander, "Zisblatt claims to have been selected for the gas chamber (74) by Mengele himself, who, according to her video interview, recognizes her on roll call, wonders why she is still alive, and orders to take her out.[66] She is then attached to a Gypsy transport of whole families on their way to the gas chamber. In her book, however, the story reads somewhat different: "the SS" orders a second roll call, and she along with fifteen hundred other women are selected (74). They have to undress completely in the open. They then are herded into "the number three gas chamber," which, however, is "not big enough to accommodate all of us." Chana, being the last to enter, manages to cling to the door and so prevents the SS man in charge from closing it. Another SS man, obviously of a higher rank, angrily shouts at him: "Close the door so we can dispense the Cyclone B." The SS man at the door can see no other way out but to throw Zisblatt "out onto the ramp." He shuts the door and disappears (75). Naked, Zisblatt runs away and hides "under the roof of the gas chamber" (75). There she hears the screaming of the dying, until "all was quiet, it was so quiet you could hear a pin drop."[68] Luckily no SS man is around, but a lone Hungarian boy, member of the *Sonderkommando*, appears, sees Zisblatt, pulls her "from under the eave of the roof" and covers her with his "striped jacket" (75-76). He then leaves, but returns after some time and tells her that on the tracks besides the gas chamber a train with open cars is waiting to take women prisoners to a labor camp. He wraps Zisblatt up in a blanket[69] and flings the bundle high over the electrified wires directly into one of the open freight cars. Though there are already women in the car, no one speaks to Zisblatt. Shortly thereafter, the train leaves Birkenau. (76) This is the most implausible episode in Mrs. Zisblatt's story. Let us omit the not quite unimportant change that the beginning of her story underwent between her video interview and the writing of her book, and let us rather concentrate on the events in the gas chamber. First, if indeed a frail little girl would have clung to the door of the gas chamber and so prevented its closing, the SS man at the door would have made short work of her: either cramming her into the gas chamber by force, or simply killing her on the spot. Second, a glance at the pictures of crematorium III (or its mirror image, crematorium II) shows that there was no place "under the roof" where a person could hide.[70]"

116.    If this were indeed a real "homicidal mass gassing operation" of 1500 people, more than a few SS guards would have been around the crematorium buildings. Neander continues "Chana (Zisblatt) would under no circumstances have remained undetected. Neither when she was running from the gas chamber through the "ramp" (?) to the eave, nor when she went from there together with the young man from the *Sonderkommando* to the electrified fence, nor when she was thrown over it. Fourth, the distance between the railroad tracks and the fence around crematorium III was over 100 ft., the fence had a height of about 10 ft., and Chana weighed at least sixty pounds.[71] Fifth, if there had been a train with open cars[72] waiting with prisoners near the crematoria, it would have been guarded by SS personnel who doubtlessly would have noticed the unconventional arrival of Chana by "air lift." And last not least, she would have been noticed at the latest at roll call on arrival, because her name would not have appeared in the transport list." Neander has a question mark written after the word ramp because there was no ramp, but steps into the crematoriums alleged to have doubled as homicidal mass gas chambers. Some have no ramp but are ground level. Further proof, as if Hunt needed any more, that Zisblatt made this gas chamber escape and moonshot over the electrified fence onto a train all up in her enabled predatory wolf in sheep's clothing mind.

117.    The head historian behind *The Last Days* Defendant Berenbaum, an ordained orthodox rabbi, covered up Zisblatt's absurd and impossible, absolutely never happened fantasy fiction. Somehow in the printed *The Last Days* companion book, Zisblatt's "Gas chamber moonwalk and missile launch over the fence onto a train" becomes a hallucination, a vision Zisblatt receives while visiting the camp in the 90s. Who decided to edit Irene Zisblatt's earlier words? Was this actually what Zisblatt said for Defendants' film cameras that was cut from the finished feature? Or was this something the book writers edited and twisted to make into something scientifically plausible? Why does the book version of the story seem more believable as it does not take place in this physical world of ours, when Zisblatt was, for this film and Spielberg's cameras, encouraged and enabled to go further and spread more outrageous falsehoods, such as the diamond defecation absurdity?

118.    One can only be reminded of the tale of Herman Rosenblatt, debunked by the same professor Kenneth Walzer who derided Hunt for daring to investigate Zisblatt's "experimentation proof" which ended up being an innocuous stool sample. Rosenblatt told a fictional tale of a little girl throwing an apple over a concentration camp fence to him, a Jewish prisoner, every day that helped him survive. Rosenblatt and his wife claims he later met the same girl on a blind date in New York Citty and married the girl. The wife even willingly played a role in the hoax, conspiring, lying and conning along with Rosenblatt on Oprah's television show. After being exposed and admonished, Rosenblatt later appeared in an interview with "Good Morning America". With an Israeli flag in Rosenblatt's home displayed behind the interviewer, Rosenblatt was asked "Why did you do it, why did you tell such a big lie to so many people for so long? "It wasn't a lie," Rosenblatt retorted. "It was my imagination. And in my imagination, in my mind, I believed it. Even now, I believe it, that she was there and she threw the apple to me. ... In my imagination, it was true." The minds of those not in this cabal are not able to comprehend the way an Irene Zisblatt thinks and must be protected from the members of this cult by this court. The reason Zisblatt and Rosenblatt did and do such things is the Israeli flag - as both blatts are dedicated ultraZionist activists willing to use extreme deception to benefit their in-group.

119.    To overcome the overall uninteresting "true story" of Zisblatt, who appeared to have done a lot of waiting, marching, and seemingly little to no forced labor, but at Auschwitz mostly stayed in a field and picked lice off her body, Defendants fabricated the "true story" of Zisblatt repeatedly sifting through her own feces, ingesting feces covered diamonds, and repeating this every day for a year in order to make *The Last Days* more captivating.  Aspects of Zisblatt's original testimony found to be too absurd were cut from the film *The Last Days* and reshaped, not using Zisblatt's actual words, but a collaborator, likely, Berenbaum, in the book companion product.

120.    In late 2024, Hunt learned Zisblatt was still going around tormenting children with her child scat grooming ritual Steven Spielberg influenced her to create, embellish, and perform in front of children. Hunt learned this upon reading Candace Owens was banned from Australia for doubting a similar false claim of fake Dr. Mengele Frankenstein

experiments falsely attributed to Mengele. This one, by a perjurer at the Eichmann trial, Vera Alexander, who claimed she saw artificially conjoined twins sewn together at the wrist and back, their blood flowing as one organism. Knowing this to be an impossible falsehood, Hunt ventured back into research on hoaxed "Holocaust" claims, particularly those falsely attributed to the unjustly and hysterically maligned target of a witch hunt, the anthropologist Dr. Josef Mengele. Hunt knew firsthand himself of Zisblatt's hoaxed false Mengele Frankenstein tales and the importance of society studying these cases as cases of deliberately false "eyewitness" testimony and not worshiping them as true.

121.    Due to immense and unimaginable society-wide persecution, Hunt for almost a decade had tried to ignore his life's calling and life's work. Previously Hunt quit his iconoclast film-making and historical research as Hunt's mother bought the little old lady Defendant Zisblatt, the wolf in sheep's clothing's falsehoods. Defendant's deceptive product *The Last Days* and associated Academy Award signaling this was fact-checked by trusted adult historians as true emotionally manipulated Defendant's mother against Hunt. Hunt's mother still feels Hunt was doing something wrong or is a bad person by exposing these outrageous lies.

122.    Since discovering Netflix's re-release of *The Last Days*, Hunt has been tormented. Hunt continues to suffer severe emotional distress, which has been manifested by objective symptomology. Hunt has at times and for long stretches lost the ability to eat solid foods, reminded of the feces covered diamonds forced down his throat as a child and the throat of children right in front of everyone. Hunt could smell the feces, imagine the repulsive taste, want to resist his adult abusers, and the abusers of other children, but was helpless.  Hunt lost a dangerous amount of weight as the effects of being unable to eat solid foods, reminded of the feces covered diamonds forced down his throat as a child in public school now was being forced upon other innocent children. Hunt vomited and gagged often any time the thought of this child scat torture continuing came to mind and his helplessness to fight it as a poor white blue eyed child victim of partial German ancestry abused for his racial heritage and physical characteristics. Hunt was sickened thinking of the prosecution and persecution of his former colleague Alison Chabloz, who Hunt cast as a narrator in a

short video optimistically introducing people to the concept of open discussion on "The Holocaust" pseudo-religious narrative. Hunt chose Alison, cast for her beautiful and approachable speaking voice and sonorous accent, in contrast to Hunt's harsh male New Jersey accent. Chabloz was later prosecuted by Britain and France for singing a song about the enabled pathological monster Irene Zisblatt. Hunt has suffered tremendously due to the initial persecution of Chabloz and this contributed to his leaving his life's work as an iconoclast media artist. Hunt was again reminded of Chabloz's suffering upon learning of the Candace Owens ban.

123.    Hunt continues to experience anxiety, nightmares, extreme sadness, shame, depression, loss of sleep, nervousness, stomach pains, headache, loss of appetite, fear, extreme stress, sickness and more all directly caused by the ongoing defamation continuing to be told about him personally as the world's prime refuter of falsehoods in *The Last Days.* All of these symptoms are also expressed due to the general continued defamation of all blue eyed people and all people with any German ancestry as targets of this unsubstantiated fiction-based hate campaign against minds, bodies, eye color, and genetics.

124.    Defendants and their enablers such as Zisblatt's relative Stuart Mermelstein like to portray Hunt as a "lunatic" "insane" dangerous, violent, and evil. Defendants have used their media control to portray Hunt's 2007 grabbing the sleeve of Elie Wiesel and asking for an interview as some sort of new "Holocaust" atrocity. Thankfully CCTV cameras and a wonderful conscientious San Francisco jury instructed not to view false media portrayals of Hunt helped acquit Hunt of the most politically motivated charges – charges only filed almost a week after the "attack". Hunt's prosecution was due to the attempted ascent of District Attorney Kamala Harris to the White House. Several lawyers and even NYPD claimed what happened did not approach the level of a typical crime that is ever prosecuted, simply grabbing a man's sleeve, pulling him three feet, letting go, backing up, and saying "I want to interview you." This is no new atrocity. This is no new "Holocaust". Hunt is no attacker. Hunt is a child victim. Hunt was and is simply an honest man who sought to expose his powerful enabled abusers such as Steven Spielberg and

Wiesel. Hunt needs relief by the court to prove his overall innocence in life and the importance of his unjustly maligned life's work.

125.    As a direct result of Netflix's *The Last Days* re-release, Hunt has become extremely secluded and isolated. Hunt has an incredible and true story of survival overcoming this concealed scatological child abuse by these religious extremists who pried their way into his high school history class. Hunt has and is fighting to prevent the further abuse of children from harm. Hunt's struggle will further be revealed in the light of the courtroom.

126.    At the same time, Moll, Lipper, Spielberg, Zisblatt, and other co-conspirators have traveled the world promoting *The Last Days* and accepting awards while receiving praise and applause for the film everything Spielberg, Lipper, Zisblatt wanted, for this "true story."

127.    *The Last Days* is not a true story. *The Last Days* is a fraud, a big lie created by Spielberg and Defendants and distributed by Netflix. The Last Days is a well disguised scatological attack against children, grooming them via Netflix in order to satisfy Spielberg's desires. American viewers were outraged over the pedophilic "Cuties" program on Netflix, but have little knowledge about the subterfuge of The Last Days, which is a Zionist child grooming tool using scatological Auschwitz-set torture fiction.

128.    As stated in Netflix's most recent 10-K filed with the SEC: If we do not grow as expected . . . operations may be adversely impacted. If we are unable to successfully compete with current and new competitors in providing compelling content, retaining our existing members and attracting new members, our business will be adversely affected. Netflix 10-K at p. 4 (emphasis added).

129.    To ensure that Netflix continued to meet its shareholders' "growth expectations" and to satisfy it desperate need for "compelling content", Netflix and Defendants continue to ruthlessly defame Hunt as a person, and people of Hunt's ancestry and genetic makeup including those with blue eyes we are told Zisblatt was tortured to become more like before she was due to be "gassed."

## Defamation of skeptics and righteous refuters of false history

130.    Hunt is defamed as the re-release and Netflix's ongoing hosting of the film *The Last Days* deliberately, shamelessly, and brazenly continues the outrageous defamatory falsehoods Hunt exposed in his investigative journalism expose' *The Last Days of the Big Lie* nearly 15 years ago. This is ongoing defamation we will bear witness to in the soon to come media propagated defamatory smears against Hunt for filing this very lawsuit. As well as all of Hunt's affiliated research debunking of *The Last Days* and pathological liar Zisblatt throughout the years. Hunt is defamed individually and by Mermelstein specifically defaming Hunt on behalf of pathological lying Defendants who are enabled predators of naive children. Alarmingly, Mermelstein claims to be a lawyer defending child sexual abuse victims. However Mermelstein has viciously attacked Hunt, a child abuse victim and survivor of Zisblatt, Spielberg, and collaborators' child scat "Rectal Diamonds of Auschwitz" abuse ritual at 16 years old.

## IMMEDIATE DEMAND FOR DEFENDANTS TO REVEAL TRUE ORIGIN OF TEARDROP SHAPED "DIAMOND" PROP PENDANT

131.    Where did Zisblatt's teardrop rectal diamonds of Auschwitz *really* come from? There is no doubt they did not pass through Zisblatt's rear and feces stained hands more than 100 times surrounded by guards and squatting defecators in the group latrines or in other impossible conditions. ***Who provided this diamond pendant prop to Zisblatt***? Is it possible someone of Spielberg's genius believed himself Zisblatt's claim to have repeatedly swallowed defecated diamonds, told for the first time ever for his very film cameras? Or did Spielberg tell Zisblatt to tell this scatological Holocaust fiction story herself, this "character idea" springing from the mind of someone with a demonstrated scatological predilection who put children up to their necks in feces in *Schindler's List*? Hunt will file a pre-trial motion for an immediate hearing to demand the origin of these diamonds. Due to Zisblatt's advanced age and new war crimes investigations into Israeli and Russian war crimes, it is necessary to know the truth immediately about Zisblatt's false war crimes allegations.

132.    This lawsuit is not about wild, insane conspiracy theories – *The Last Days* fraud is conspiracy fact. These defendants, the fraudster Ken Lipper, producer Steven Spielberg, all Defendants - got a "Holocaust survivor" to claim for an Academy Award - that she repeatedly defecated, sifted through her own feces right in front of everyone at the group latrines in Birkenau and beyond, on death marches, constantly watched by guards...repeatedly swallowed four feces covered diamonds now mounted into a teardrop shaped diamond pendant. Perhaps Spielberg enjoyed Zisblatt's casting video so much because he knew Zisblatt was a fable woman and he a fable man. A man of Spielberg's genius wasn't and isn't taken in by Zisblatt. These are co-conspirators pulling off a deliberate hoax. Even after being sued about providing the quote on the book cover of Zisblatt's book, Spielberg has issued no apologies nor the Shoah Foundation, nor USC or any Defendant for the falsehoods in Zisblatt's account. On the contrary, Defendants have Netflix beaming these falsehoods to millions upon millions around the world despite knowing full well *The Last Days* is scatological atrocity fiction. Zisblatt is still glowingly used in promotions including for the Netflix remaster re-release. Spielberg found in Irene Zisblatt a woman he could tell would willfully and gleefully lie and keep the lie secret for the cult he is at the top of the top of as a leader of myth-making and shaping culture.

**Defamation of Germans as a people and those with German ancestry**

133.    The product *The Last Days* is a defamation against Germans, individual Germans such as defamed anthropologist Dr. Josef Mengele, and people with German ancestry such as Hunt. Imagine a story like Zisblatt's but instead of Holocaust Survivors, Israeli hostages of the October 7 attacks were telling us the Palestinians ripped tattoos out of Jewish hostages' arms with knives and needles without anesthetic, put them inside "gas chambers" they escaped from, almost turned them into human skin lampshades, stabbed blue colored dye into their Jewish eyes, made these Jewish hostages drink their own urine in tightly packed standing cell dungeons, threw Jews over electrified barbed wire fences, gave them lethal injections they somehow powered through, and made the hostages repeatedly sift through and eat their own defecation the entire time to survive.

134.    This is the extent of this defamation in the fraudulently advertised and presented *The Last Days* times six million. This defamation is pervasive and widely believed although there is no documentation to support the claims of the film, only to refute the falsehoods of *The Last Days*, and only enabled dedicated liars such as Zisblatt mouthing abject invented atrocity pornography. Defendant Zisblatt never testified in court against any accused Nazi criminals. Zisblatt was remarkably silent for about 50 years. If Zisblatt were to spin her falsehoods on the witness stand she would be subject to perjury charges. Zisblatt is only propped up by a media dominated by the likes of Spielberg and funded by those such as Lipper and enormous multinational corporations such as Netflix.

## Dario Gabbai – Fraudulent "Gas Chamber" Witness

135.    In *The Last Days*, Dario Gabbai claims to have been a "sonderkomando" worker working inside the crematoria that allegedly also served as homicidal gas chambers. Hunt proclaims Dario Gabbai's story is as false as Zisblatt's (not to mention Paul Parks). Dario Gabbai, as is Zisblatt, a dedicated Zionist and Gabbai's story is similarly scientifically impossible. Dario Gabbai describes seeing freshly "gassed" bodies inside the "gas chamber" as "standing up" "black and blue" "from the gas." Cyanide poisoning does not cause such coloration nor markings within the time alleged. The whole "dying" thing would cause the bodies to collapse to the floor, no matter how packed. Miraculously, Dario and his two cousins all survived working inside these "homicidal gas chambers" in Auschwitz, despite being the most important witnesses to the currently widely believed crimes of all of the German nation. *The Last Days* proclaims the "Nazis" kept Gabbai and family all alive just so they could spill the beans. It is possible to debunk all of Gabbai and family's absurd horror atrocity claims. From describing SS lining three girls up and shooting them with a single bullet to many more. Gabbai's gas chamber story is as similarly as false as Zisblatt's gas chamber escape and moonshot launch over the electrified fence.

136.    Dario Gabbai, not Irene Zisblatt - this is the real reason "modern Torah" creators such as rabbi/historian Berenbaum and promoters of "The Holocaust" dogma cannot easily jettison Irene Zisblatt. Because wthin the same film - one of the most

"important" witnesses to the alleged "final solution" extermination process involving "homicidal mass gas chambers disguised as shower rooms".

137.    However, Gabbai's story about cremating "gas chamber" victims is as demonstrably false and hoaxed as those who claim they escaped from inside these alleged homicidal mass gas chambers such as Zisblatt. Revisionists point out using original blueprints these alleged "gas chambers" were morgue rooms for the crematoria designed and built and necessary to cremate prisoners who died from disease. Auschwitz-Birkenau was actually a place many sick prisoners from around the camp system were indeed sent before dying, according to Jews themselves who describe this in USC Survivors of the Shoah Visual History Foundation video interviews. Although Gabbai and brothers likely worked in the crematories, these crematories did not double as homicidal mass gas chambers. This is why they Gabbai and Zisblatt were never killed. There was never an intent to do so. The fraudulent, impossible science fiction claims of Gabbai help continue to expose the larger Hoax of the 20th Century and fraud of the mass gas chamber lie forced upon the world. Claims of gassings do not rely on German documentation but lying eyewitnesses such as Zisblatt and Gabbai who are able to be debunked with science.

## Alice Lok Cahana

138.    Incredibly, another star of The Last Days also claims to have escaped from inside a "gas chamber." This was cut out of the film yet appears in *The Last Days* companion book. Why were Zisblatt and Cahana's gas chamber escapes left out of the finished film? Would these falsehoods have rung too many alarm bells, brought forward the kind of scrutiny that resulted in *The Liberators* documentary pulled from public airing and Oscar consideration? Would the inclusion of dual gas chamber escapes not won the Oscar and succeeded all these years on? Would someone with power over this kind of thing (not Hunt) have said, wait a minute, this is absurd. Why was Cahana ever put in a supposed homicidal gas chamber and never killed? The Nazis "ran out of gas?" This is not adding up. Either Cahana was in the real central sauna and got it confused for a "fake shower room" that had a malfunction or she deliberately tried to hoax being inside a homicidal gas chamber like Zisblatt does. Seeing as Cahana is in this fraudulent Lipper/ Spielberg film

Hunt proposes the later. However it is clear in general to Hunt the "gas shower of doom" claims around Auschwitz are due to falsely identifying the central sauna, surrounded on all sides by crematory buildings, as a facility where living humans went to disappear to be turned into smoke or soap, depending on the rumor and the eye-line of the field one was interred in.

## **Netflix Failed to Do Any Due Diligence**

139.    Netflix told the lies in *The Last Days,* primarily that Irene Zisblatt ate feces covered diamonds for a year and a half while in Auschwitz and on death marches, that Paul Parks liberated Dachau and killed a surrendered German guard, and that Dario Gabbai saw black and blue corpses standing up after mass "gassings" of 3000 Jews at a time.

140.    Netflix and Defendants have never, to this day, contacted Hunt directly or indirectly regarding his documented debunking of the film *The Last Days*. Defendants have continued to lie and defame Hunt, a refuter of falsehoods. This is an ongoing defamation against Hunt, all people with blue eyes, and people of Hunt's German genetic ancestry group.

141.    Defendants never obtained any confirmation from any authority confirming that Irene Zisblatt was cruelly and without anesthetic "experimented" on by Dr. Josef Mengele on a rusty table, was selected to have her clear skin turned into a lampshade, had "her" Auschwitz tattoo removed by Mengele in a sadistic operation, had painful eye drops twelve times a day in order to change her eye color and was locked in a dungeon where she drank urine. Defendants never obtained any confirmation that Irene Zisblatt escaped from inside a Birkenau gas chamber by walking backwards, and was thrown over an electrified barbed wire fence onto an open train outside of this alleged homicidal gas chamber slash crematorium. Netflix never viewed the original Shoah Foundation testimony of Zisblatt nor measured the height of the Birkenau electrified barbed wire fence outside the crematories alleged to also have been "homicidal gas chambers disguised as shower rooms." Netflix never mentioned the distance from the barbed wire fence to the train tracks or the presence of open top, not closed wagon trains for prisoners.

142.    Defendants never obtained any confirmation that Irene Zisblatt repeatedly defecated and swallowed diamonds for a year and a half while in Auschwitz and on death marches, sifting through her feces each time, not defecating in latrine holes. All evidence points to repeatedly sifting through one's own defecation each time one has a bowel movement in a German concentration camp being utterly impossible, for a multitude of reasons, **_even once_**. Let alone 300 days in a row. That this fraud goes on points to the total collapse in logical reasoning skills and the prescience of Mike Judge's dystopian comedy film *Idiocracy*. America and the world literally ate this feces covered lie up and didn't bother to question it while wiping away tears.

143.    Defendants never obtained any confirmation from any governmental authority confirming that Paul Parks liberated Dachau, breaking down the gates, and murdered a surrendered German guard for spitting on him.

144.    Defendants failed to read any critiques or view any videos debunking all of these outrageous falsehoods in *The Last Days,* including https://blogs.timesofisrael.com/questionable-testimony-in-holocaust-doc-is-grist-for-deniers or holocaustcontroversies.blogspot.com/2010/01/irene-zisblatt-diamond-girl-fact-or.html or Hunt's documentary debunking of Spielberg's hoax, *The Last Days of the Big Lie*.

145.    Netflix negligently didn't do due diligence to the level Hunt did, not even close, not even scratching the surface. Netflix seemingly does not care that the racist stolen valor lies of Paul Parks insults all white veterans and their descendants. Do white veterans such as the heroic American Dachau liberator Felix Sparks or Jewish veterans such as Kaufman not engaged in this subversive cabal have the power of a Ken Lipper, a Spielberg, or a Netflix?

146.    Defendant AMPAAS needs to be held accountable. Especially now as a Spielberg dominated entity. We are told Spielberg is part of a committee deciding whether or not to cancel the Oscar awards. This is an organization that needs a court order to rescind the Oscar awards given to *The Last Days*, because it is now currently directly controlled by

Spielberg, who will, as when Dachau veterans were ignored, again refuse to do anything about this vile hoax absent civil or criminal action.

147.    So how did it take until 2024 for Hunt himself to have to uncover the document proving what Dr. Josef Mengele's "eye color change" research was truly all about? This is the most due diligence of all, the document that reveals the uncomfortable truth. That Dr. Mengele's "notorious" reputation is solely the result of vindictive and enabled ultrazionist Jewish perjurers such as Zisblatt and Vera Alexander.

148.    The Lies of the *The Last Days* are not confined the one tall tale teller in Irene Zisblatt. The lies in *The Last Days* expose the bigger lies told about for instance, Dr. Josef Mengele, and, with Gabbai, "The Holocaust" fake shower room of gas claims in general.

149.    This is why to the ultraZionists who enabled and pumped Zisblatt, this is no *Angel at the Fence* easily dismissed memoir. This is a literal conspiracy that leads to the top – the Michael Berebaums of the world directing the larger mythology and dogma via government funded institutions aimed at classrooms full of naive children.

**FIRST CAUSE OF ACTON**
**(ACTUAL FRAUD)**

150.    Plaintiff incorporates by reference all prior paragraphs as if set forth in full herein. The re-release of *The Last Days* is a textbook example of actual fraud by Irene Zisblatt and cohorts. The suggestion, as a fact, of that which is not true, by one who does not believe it to be true. Zisblatt knows for a fact and so do other defendants the actual origins of the "teardrop shaped diamond pendant" of fraudulently alleged Auschwitz and rectal origin.

151.    Actual fraud was committed by defendants via **"The suppression of that which is true, by one having knowledge or belief of the fact."** Defendants know they are now doing something terrible, have known for decades Paul Parks' stolen valor stories are fiction, however push this demonstrable fraud on children nonetheless. For some reason these people very much need fictional black liberators and this diamond defecator and have not

edited the re-release of this fraudulent film, continuing to promote it as true, and defame hoax debunker Hunt as evil for exposing their criminal fraud.

## SECOND CAUSE OF ACTION
## (DEFAMATION PER SE)

152.     Hunt re-alleges each of the aforementioned allegations as if fully alleged herein. Plaintiff incorporates by reference all following paragraphs in this complaint as if set forth in full herein.

153.     Defendants each made the ongoing defamation per se statements herein that (1) Dr. Mengele was trying to change the color of Zisblatt's eyes to make them more blue, like Hunt's; (2) A German doctor of anthropology tortured Irene Zisblatt in repeated senseless Dr. Frankenstein-like horror operations; (3) Hunt's debunking of the matter, *The Last Days of the Big Lie* was not fact based, *The Last Days* itself was true as advertised; (4) Hunt is an evil, violent, insane liar for opposing the "true" story of Irene Zisblatt; (5) All those who deny Irene Zisblatt's story are to be compared to Nazi mass murderers; (6) The specific ongoing defamation of Hunt himself by Mermelstein on behalf of co-conspirators continued worldwide dissemination; and (7) Paul Parks's segregated black unit was ahead of Hunt's white grandfather's connected units In France and Germany in the race to liberate Europe and the concentration camps.

154.     Each of these false and defamatory statements was viewed hundreds of thousands, perhaps millions of times. The film The Last Days was and is shown in classrooms and was forced upon Hunt as a child in American public school, further proof of the supposed truthful vetting of this product.

155.     Netflix viewers, and members of the public, reasonably understood that the statements were true and Hunt's claims in oppositions to the claims of *The Last Days* were dangerous, even violent in themselves, rather than actual reasonable, logical, beneficial, and good truth which must be told in order to protect children from child predators Spielberg and Zisblatt who display and promote and groom children with a scatological degenerate harmful fake history.

156.    Each of the Defendants failed to use reasonable care to determine the truth or falsity of the statements.

157.    Defendants wrongful conduct was a substantial factor in causing harm to Hunt's reputation, and caused shame, ridicule, humiliation, and more horrors to be detailed in court to Hunt.

158.    Defendants wrongful conduct constitutes defamation per se.

159.    Accordingly, Hunt has been seriously damaged mentally, physically, and emotionally. Said damages, which shall be determined at trial, are believed to exceed $6 million, exclusive of legal fees, costs and statutory interest.

160.    In addition, because Defendants' conduct was so outrageous, Hunt seeks punitive damages in an amount that will punish Defendants from ever engaging in said conduct and an amount and that will deprive Defendants of all benefit, financial or otherwise, of their defamatory statements.

### THIRD CAUSE OF ACTION
### (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

161.    Hunt realleges each of the aforementioned allegations as if fully alleged herein. Plaintiff incorporates by reference all paragraphs in this complaint as if set forth in full herein.

162.    Defendants' conduct herein was extreme and outrageous with the intention of causing, or recklessly disregarding the probability of causing, emotional distress to Hunt.

163.    Defendants' conduct was "extreme and outrageous" defined under California law as "so extreme as to exceed all bounds of that usually tolerated in a civilized community."

164.    Scatological pornographic fake history forced upon children as true and good. This is what *The Last Days* is. Hunt suffered severe and extreme emotional and physical distress directly and proximately caused by Defendants' repeated remorseless, shameless and enabled illegal outrageous conduct. Conduct which first began when Hunt was a child

of 16 forced to accept this product as real and true, and logical skepticism as evil and bad. A lifetime of harm caused re-injury due to *The Last Days* re-release on Netflix.

165.    Defendants' conduct was intended to inflict injury on Hunt and was engaged in with the realization that injury would result to Hunt. There was no attempt to modify the content of *The Last Days* even after Zisblatt and Spielberg were sued by Hunt in Florida Federal court and evidence was presented of a scatological fraud forced upon children as true and good. There has been no editing or disclaimer of the Netflix re-release which furthers Hunt's oppression. AMPAAS has not rescinded the Oscar awarded to this massive documentary fraud which enables its use to abuse and injure Hunt.

166.    Accordingly, Hunt has been seriously damaged mentally, physically, and emotionally. Said damages, which shall be determined at trial, are believed to exceed $6 million, exclusive of legal fees, costs and statutory interest.

167.    In addition, because Defendants' conduct was so outrageous, Hunt seeks punitive damages in an amount that will punish Defendants from ever engaging in said conduct and deprive them of all benefit, financial or otherwise, of their outrageous conduct, in an amount believed to be in excess of an additional $6 million.

## FOURTH CAUSE OF ACTON
### (NEGLIGENCE)

168.    Hunt realleges each of the aforementioned allegations as if fully alleged herein.

169.    Defendants owed Hunt a duty of care to accurately represent history advertised as "Everything You're About to See is True." To confirm the details of allegations made in *The Last Days* by Parks, Zisblatt, and others as true, including without limitation, Zisblatt's outrageously false original Shoah Foundation video interview, proof of the sadistic tattoo removal operation on Zisblatt's forearm, and the actual physical origin of the teardrop diamond pendant itself.

170.    Defendants breached their duty of care by continuing to lie repeatedly and shamelessly in *The Last Days* and subsequent years of promotion, even after total debunking of both Parks and Zisblatt has been revealed.

171.    Defendants further breached their duty of care by re-releasing the remastered film without any edits, or upfront title cards declaring large aspects of the film to be entirely fictitious, and promoting the film as true and good in spite of this scatological child abuse survivor Hunt's objections and documentation. AMPAAS has made no attempt to review the claims of Dachau liberators let alone Hunt and reprimand the falsely praised film insidious fraud *The Last Days*.

172.    As a result of Defendants' breaches, Hunt has been damaged severely. Hunt has experienced among other things intense despair, sadness, fear, anxiety, panic, agitation, loss of appetite, vomiting, gagging, severe weight loss, sleeplessness, hopelessness, and much more to be detailed. Hunt is unable to live the life he deserves and has become inhumanly isolated due to his righteous opposition to this concealed forced scatological grooming ritual performed and targeted towards children adults are trusted to protect against, yet have instead promoted as true and good.

173.    It is foreseeable that continuing to depict Hunt, a vital, useful, needed member of society warning about blatant frauds and outright hoaxes pulled right in front of them and their children, as a violent crazed monster falsifying an innocent truthful elderly diamond defecator to a worldwide audience in the tens of millions will cause these damages. This is a case of unprecedented mental and emotional distress. This is a case of gas-lighting additional mental illnesses upon a truthful man Hunt does not actually have. As we can easily find Zionist smear articles often accusing Hunt of being a "paranoid schizophrenic" or "schizophrenic" based on false claims written on the internet to defame Hunt due to his righteous pointing out of absurd impossible falsehoods lesser of us among us unquestionably worship as truth.

174.    Was Hunt's 2007 bipolar disorder diagnosis caused by Hunt's developing mind fighting the dichotomy of the false reality presented to him by this religious cult's

mythology in history class with the scientific method taught to him in science class? Hunt is a twin himself, why didn't his own brother notice and resist these falsehoods and this torture forced upon children? The truth is Hunt is especially gifted and absolutely not specially monstrous. Hunt's twin brother and everyone else simply believed society had some adult expert that fact-checked these matters and such an outrageous falsehood couldn't possibly win an Academy Award from AMPAAS. It couldn't be possible for a man from such low status as Hunt to have outwitted a celebrated super-intelligent entity such as Spielberg. Hunt must belong to all the other wackjobs on the internet who ascribe wild defamatory claims to Tom Hanks or talk about flat earth, right?  Whether Hunt's alleged bipolar disorder itself was caused by his skeptical logical mind fighting with all his might the false presentation of reality forced upon him as a child is a matter for further study as Hunt achieves justice. Hunt's actual mental condition has been deliberately misrepresented and over-exaggerated by those such as Zisblatt's relative Stuart Mermelstein who despite being a lawyer defending victims of child sexual abuse, dedicated rabid Zionist Mermelstein smears the child victim Hunt as a dangerous predator in the press controlled by his cohorts while covering for Spielberg's sickening lying scat queen Zisblatt.

175.    What mental illnesses does Irene Zisblatt have? What mental illnesses does Mermelstein have to brazenly and shamelessly cover for his fellow ethnic cultist's outrageous scatological lies forced upon children? If one of the members of this future jury's grandparents was going around telling falsehoods to children, a Japanese-American, for instance, that average person would sit their grandparent down and tell them they needed to stop spreading dishonorable falsehoods, even about those who are responsible for the deaths of their loved ones. Zisblatt and cohorts have no shame, are acting as an unrepentant out of control ethnic mafia and need to be brought to heel by the courts who are not controlled by their cult's media's emotional manipulation and threats of life ruination. The people themselves and the evidence of the case brought before them win the day in the court of law, not Spielbergian manipulation and threats of open defamation and life ruination as acted out by Zisblatt spokesman Mermelstein specifically against Hunt.

176.    Hunt has suffered severe emotional distress, weight loss, appetite loss, loss of sleep, and overall extreme suffering as a result of Defendants' negligence. Hunt's loved ones and family have been cruelly ripped away from him by Defendant's sick, sneaky, and disgusting lies targeted towards the naïve and young.

### FIFTH CAUSE OF ACTION
### (GROSS NEGLIGENCE)

177. Hunt re-alleges each of the aforementioned allegations as if fully alleged herein.

178. Each of the Defendants had actual subjective awareness of the falsehoods involved, but nevertheless proceeded in conscious indifference to the veracity of claims in order to advance their group interests, defame and dehumanize Hunt's physical blue eyed body and genetic makeup, to defame and distort the achievements of Hunt's white American veteran grandfather in comparison to a black false witness, to humiliate and defame the German ancestry group, and run contrary to the rights, safety, and/or welfare of Hunt.

179. There were no attempts to investigate or correct the falsehoods in the film *The Last Days*. After all, Defendants created them deliberately.

180. As such, each of the Defendants' actions constitute gross negligence.

181. Therefore, Hunt prays that punitive damages be awarded against each of the Defendants.

182. Accordingly, Hunt has been seriously damaged mentally and emotionally. Said damages, which shall be determined at trial, are believed to exceed $6 million, exclusive of legal fees, costs and statutory interest.

183. In addition, because Defendants' conduct was so outrageous, Hunt seeks punitive damages in an amount that will punish Defendants from ever engaging in said conduct and deprive them of all benefit, financial or otherwise, of their outrageous conduct, an amount believed to be in excess of an additional $6 million.

## EXEMPLARY DAMAGES

184.     The acts complained of herein and in the preceding paragraphs above were done willfully, unlawfully, maliciously, and in wanton disregard of the rights and feelings of Hunt and by reason thereof, he now demands punitive and compensatory damages.

## JURY DEMAND

185.     Hunt requests a trial by jury on all claims.

## PRESERVATION NOTICE

186.     Hunt requests that Defendants preserve any and all related evidence, reports, statements, all physical film created for this project in storage not used in the final cut, all film, video backup, digitized film, notes, emails, text messages, communications, concerning the allegations herein. Defendants' failure to preserve relevant evidence may warrant a spoliation instruction at trial which creates a presumption that if the evidence was preserved, it would weigh against the respective party.

## PRAYER FOR RELIEF

187.     WHEREFORE, Plaintiff Eric Hunt requests that defendants Netflix, Inc., Netflix Worldwide, LLC, Steven Spielberg, Ken Lipper, James Moll, Irene Zisblatt, Michael Berenbaum, Stuart Mermelstein, USC Survivors of the Shoah Visual History Foundation, Focus Features, and University of Southern California be cited to appear and answer, and that at the final trial of this matter, Hunt have judgment against Defendants, as follows:

A. Judgment against Defendants for actual damages, the sum to be determined at trial, but is believed to exceed $6 million, exclusive of legal fees, costs and statutory interest;

B. Judgment against Defendants for compensatory damages in the maximum amount allowed by law, in an amount to exceed $6 million, exclusive of legal fees and costs, including mental anguish, loss of enjoyment of life and loss of business;

C. Judgment against Defendants for all profits from *The Last Days*, in the maximum amount allowed by law, in an amount to exceed $6 million, exclusive of legal fees and costs;

D. Judgment against Defendants for punitive damages in the maximum amount allowed under law, and believed to exceed $6 million;

E. Pre-judgment interest at the legally prescribed rate from the date of the violations until judgment as well as post-judgment interest as applicable;

F. An award of attorneys' fees. Currently acting pro se, Hunt plans to be able to hire legal representation upon filing the case and the controversial initial nature of the case is overcome and his truthful nature and true victim-hood as a survivor of this concealed child abuse seeking to prevent more harm to other child victims is understood and appreciated.

G. The confiscation and awarding to Hunt of all physical awards given to the film *The Last Days*, especially all Academy Awards issued to Defendants especially the Academy Award in the possession of defendant Lipper used to defame Hunt as the award gives the impression of veracity.

H. The confiscation and awarding to Hunt of the prop teardrop "diamond" pendant of defendant Zisblatt used to defame Hunt, as the prop pendant gives the impression of veracity of Zisblatt's scatological horror tales.

G. Such other general relief to Hunt is just entitled.

Dated:  January 20, 2025

Respectfully submitted,

By : /s/ Eric Hunt
Eric Hunt Pro Se
18331 Pines Blvd
#1054
Hollywood, Fl 33029
blueeyedboysisu@proton.me
P: (818) 763-6289

Complaint