

OFFICIAL BUSINESS

MIXIE 326 4E 1 7207/27?2
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 90012333299  2175N203083-06245



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 2 8 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



WTF

2:25-CV-0593-JFW



FILED
CLERK, U.S. DISTRICT COURT
JUL 2 8 2025
CENTRAL DISTRICT OF CALIFORNIA
BY OEN         DEPUTY

Case: 2:25cv593  Doc: 21

Eric Hunt
18331 Pines Boulevard No. 1054
Hollywood, FL 33029

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Eric Hunt
18331 Pines Boulevard No. 1054
Hollywood FL 33029
US
--Case Participants: Judge John F. Walter (crd_walter@cacd.uscourts.gov), Magistrate Judge Stephanie S. Christensen (crd_christensen@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<40484789@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-00593-JFW-SSC Eric Hunt v. Netflix, Inc. et al Deficiency in Filed Documents (G-112A) - optional html form
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 7/9/2025 at 3:29 PM PDT and filed on 7/8/2025

| | |
|---|---|
| **Case Name:** | Eric Hunt v. Netflix, Inc. et al |
| **Case Number:** | 2:25-cv-00593-JFW-SSC |
| **Filer:** | |
| **Document Number:** | 21 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Notice of Voluntary Dismissal [20]. The following error(s) was/were found: Document lacks required signature. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (iv)**

**2:25-cv-00593-JFW-SSC Notice has been electronically mailed to:**
**2:25-cv-00593-JFW-SSC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Eric Hunt
18331 Pines Boulevard No. 1054
Hollywood FL 33029
US