

Case: 2:25cv593   Doc: 2

Eric  Hunt
18331 Pines Boulevard No. 1054
Hollywood, FL 33029

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Case Participants: Judge John F. Walter (crd_walter@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<39388343@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-00593-JFW-SSC Eric Hunt v. Netflix, Inc. et al Summons Issued Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 1/24/2025 at 11:23 AM PST and filed on 1/23/2025

| | |
|---|---|
| **Case Name:** | Eric Hunt v. Netflix, Inc. et al |
| **Case Number:** | 2:25-cv-00593-JFW-SSC |
| **Filer:** | |
| **Document Number:** | 2 |

**Docket Text:**
**21 DAY Summons Issued re Complaint - (Discovery),, [1] as to Defendant Netflix, Inc. (ghap)**

**2:25-cv-00593-JFW-SSC Notice has been electronically mailed to:**
**2:25-cv-00593-JFW-SSC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Eric Hunt
18331 Pines Boulevard No. 1054
Hollywood, FL 33029

The following document(s) are associated with this transaction: