**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NIXIE     326    4C  18CU      7209/20/25
RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2:25-CV-593-JFW



FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2025
CENTRAL DISTRICT OF CALIFORNIA

Case: 2:25cv593  Doc: 19

Eric  Hunt
18331 Pines Boulevard No. 1054
Hollywood, FL 33029

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Eric Hunt
18331 Pines Boulevard No. 1054
Hollywood FL 33029
US
--Case Participants: Magistrate Judge Stephanie S. Christensen (crd_christensen@cacd.uscourts.gov), Judge John F. Walter (crd_walter@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<39396157@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-00593-JFW-SSC Eric Hunt v. Netflix, Inc. et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 1/27/2025 at 9:28 AM PST and filed on 1/27/2025

| | |
|---|---|
| **Case Name:** | Eric Hunt v. Netflix, Inc. et al |
| **Case Number:** | 2:25-cv-00593-JFW-SSC |
| **Filer:** | |
| **Document Number:** | 19 |

**Docket Text:**
**SELF-REPRESENTATION ORDER by Judge John F. Walter. SEE ORDER FOR DETAILS.** (iv)

**2:25-cv-00593-JFW-SSC Notice has been electronically mailed to:**
**2:25-cv-00593-JFW-SSC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Eric Hunt
18331 Pines Boulevard No. 1054
Hollywood FL 33029
US